# Impact Fee Study

Prepared for:

## City of Fairhope, Alabama

July 2, 2018

TischlerBise
FISCAL | ECONOMIC | PLANNING

4701 Sangamore Road
Suite S240
Bethesda, MD
(301) 320-6900
www.TischlerBise.com

[PAGE INTENTIONALLY LEFT BLANK]

# TABLE OF CONTENTS

**Executive Summary** ... 1
**Proposed Fee Methods and Cost Components** ... 2
**Proposed Impact Fees** ... 3
**General Legal Framework** ... 4
**Conceptual Impact Fee Calculation** ... 6
**General Methodologies** ... 6
Cost Recovery Method (Past Improvements) ... 7
Incremental Expansion Method (Concurrent Improvements) ... 7
Plan-Based Method (Future Improvements) ... 7
Credits ... 7
**Parks and Recreation** ... 1
**Methodology** ... 1
**Peak Park Population** ... 2
**Parkland** ... 3
Existing Standards and Cost Factors ... 3
**Recreational Facilities** ... 4
Existing Standards and Cost Factors ... 4
**Park Amenities** ... 4
Existing Standards and Cost Factors ... 4
**Park Vehicles** ... 6
Existing Standards and Cost Factors ... 6
**Projected Demand for Growth-Related Improvements** ... 7
**Credit for Future Principal Payments on Parks and Recreation Improvements** ... 8
**Proposed Parks and Recreation Impact Fees** ... 9
**Projected Revenue from Parks and Recreation Impact Fees** ... 10
**Fire** ... 11
**Methodology** ... 11
**Functional Population** ... 12
**Nonresidential Vehicle Trips** ... 13
**Fire Level of Service Standards and Cost Factors** ... 14
Stations ... 14
Apparatus ... 15
**Projected Demand for Fire Facilities and Apparatus** ... 16
Station Space ... 16
Apparatus ... 17
**Proposed Fire Impact Fees** ... 18
**Projected Revenue from Fire Impact Fees** ... 19
**Police** ... 20
**Methodology** ... 20
**Functional Population** ... 21
**Nonresidential Vehicle Trips** ... 22
**Police Level of Service Standards and Cost Factors** ... 23
Police Station Space ... 23

Animal Shelter Existing Standards and Cost Factors ... 25
Police Vehicles ... 25
**Police Department Projected Demand ... 27**
Police Space ... 27
Animal Control ... 28
Vehicles and Equipment ... 29
**Proposed Police Impact Fees ... 30**
**Projected Revenue from Police Impact Fees ... 32**
**Roads ... 33**
**Methodology ... 33**
**Vehicle Trip Generation Rates and Adjustments ... 34**
Commuter Trip Rate Adjustment ... 34
Adjustment for Pass-by Trips ... 35
Projected Vehicle Trips Associated with New Development ... 35
**Road Impact Fee Components ... 36**
Road Capacity Cost Factors ... 36
Road Reconstruction Cost Factors ... 37
Road Vehicles and Equipment Cost Factors ... 38
**Road Impact Fees ... 39**
**Projected Revenue from Road Impact Fees ... 40**
**Appendix A: Land Use Assumptions ... 41**
**Residential Development ... 42**
Persons Per Housing Unit ... 43
Current Estimate of Population and Housing Units ... 44
Lodging Room Visitor Population ... 45
Projected Population and Housing Units ... 46
**Nonresidential Development ... 47**
Current Estimate of Nonresidential Floor Area and Employment ... 48
Projected Nonresidential Floor Area and Employment ... 49
**Average Weekday Vehicle Trips ... 50**
Trip Rate Adjustments ... 50
Commuter Trip Adjustment ... 50
Adjustment for Pass-By Trips ... 51
Residential Vehicle Trip Rates ... 51
Functional Population ... 51
**Development Projections ... 53**
**Appendix B: Land Use Definitions ... 54**
**Residential Development ... 54**
**Nonresidential Development ... 55**
**Appendix C: Implementation and Administration ... 56**
**Credits and Reimbursements ... 56**
**Service Area ... 57**
**Development Categories ... 57**
**Independent Impact Fee Study ... 57**

# EXECUTIVE SUMMARY

The City of Fairhope, Alabama retained TischlerBise to prepare this study to analyze the impacts of development on the City's capital facilities and to calculate impact fees based on that analysis. Through interviews and discussions with City staff, TischlerBise developed the proposed impact fees discussed in this study. Methodologies and calculations are presented in this report as supporting documentation for an update to the Impact Fee program in the City of Fairhope. The formula used to calculate each impact fee amount is diagrammed in a flow chart at the beginning of each chapter.

Impact fees are collected from new construction at the time a building permit is issued and used to construct system improvements needed to accommodate new development. An impact fee represents new growth's proportionate share of capital facility needs. Impact fees do have limitations and should not be regarded as the total solution for infrastructure funding. Rather, they are one component of a comprehensive funding strategy to ensure provision of adequate public facilities. Impact fees may only be used for capital improvements or debt service for growth-related infrastructure. In contrast to general taxes, impact fees may not be used for operations, maintenance, replacement of infrastructure, or correcting existing deficiencies.

Fairhope's current impact fees, shown in Figure 2, include the following components:

- Parks and Recreation
- Fire
- Police
- Roads

Calculations throughout this report are based on Excel software analysis. Results are discussed in the report using two and three-digit decimal places in most cases, which represent rounded figures. The analysis itself uses figures carried out to their ultimate decimal places. Therefore, the sums and products generated in the analysis may not equal the sums and products presented in the text and figures in this report if the reader replicates the calculations with the factors shown in this report.

Discussed further in Appendix C, if Fairhope approves the proposed impact fees outlined in this study, the next steps include implementation and administration of the proposed fees. Alabama's enabling legislation for Baldwin County allows for impact fees not exceeding one percent of the estimated fair and reasonable market value of the new development after completion. The City of Fairhope will calculate this 1% value for each new unit or development as applicable. As a result, the City may be able to collect only a portion of the maximum supportable fee amounts presented in Figure 2. Impact fees should be periodically evaluated and updated to reflect recent data—generally every five years. One approach is to adjust for inflation using the Engineering News Record (ENR) Construction Cost Index published by McGraw-Hill Companies. This index could be applied to the adopted impact fee schedule. If cost estimates or demand indicators change significantly, the City should update the fee calculations, which is recommended every five years.

Fees should be spent within ten years of when they are collected, with the expenditures limited to growth-related system improvements or debt service on growth-related infrastructure, as specified in the impact fee study. General practice is aggregate first in, first out accounting (rather than project-specific tracking) with impact fees and accrued interest maintained in a separate fund that is not comingled with other revenues. TischlerBise recommends preparation of an annual report indicating impact fee collections, expenditures, and fund balances by type of infrastructure.

## Proposed Fee Methods and Cost Components

The impact fees calculated for Fairhope represent the highest, or maximum allowable, amount feasible for each type of applicable land use, which represents new growth's fair share of the cost for the appropriate capital facilities. Alabama's enabling legislation for Baldwin County allows for impact fees not exceeding one percent of the estimated fair and reasonable market value of the new development after completion. The City of Fairhope will calculate this 1% value for each new unit or development as applicable. As a result, the City may be able to collect only a portion of the maximum supportable fee amounts presented in Figure 2. Figure 1 summarizes the methods and cost components used for each type of public facility in Fairhope's impact fee study. After consideration of input during work sessions and public hearings, the City may change the proposed impact fees by eliminating infrastructure types, cost components, and/or specific capital improvements. If changes are made during the adoption process, TischlerBise will update the fee study to be consistent with legislative decisions.

**Figure 1: Proposed Fee Methods and Cost Components**

| Fee Category | Service Area | Incremental Expansion | Plan-Based | Cost Recovery | Cost Allocation |
|---|---|---|---|---|---|
| Parks and Recreation | Citywide | Land, Facilities, Amenities, Vehicles | N/A | N/A | Peak Park Population |
| Fire | Citywide | Facilities, Apparatus | N/A | N/A | Population & Nonresidential Vehicle Trips |
| Police | Citywide | Facilities, Vehicles, Equipment | N/A | N/A | Population & Nonresidential Vehicle Trips |
| Transportation | Citywide | Vehicles | Capacity and Resurfacing Projects | N/A | Vehicle Trips |

## Proposed Impact Fees

Figure 2 summarizes proposed impact fees for new development in Fairhope. For residential development, proposed fees are assessed per housing unit by type of unit. The proposed residential fee categories include single-family and multi-family units. Single-family units include attached, detached, and mobile home units. Multi-family units include duplexes and apartments with two or more units.

Impact fees charged to residential development ***will increase*** if Fairhope adopts the proposed fee schedule shown in Figure 2. Fees for single-family units increase by $1,645 compared to the current fees, and fees for multi-family units increase by $433.

For nonresidential development, fees are assessed per 1,000 square feet of floor area, or per room for hotel/motel developments. The proposed fee schedule for nonresidential development is designed to provide a reasonable impact fee determination for broad property classes—commercial/retail, industrial, office/other services, and lodging establishments. For unique development types, the City may allow or require an independent impact fee determination.

Total impact fees charged to commercial/retail development ***will increase*** by $754 if Fairhope adopts the proposed fee schedule shown in Figure 2. Industrial fees ***will increase*** by $356, Office/Institutional fees ***will increase*** by $737, and Lodging fees ***will increase*** by $1,695 if Fairhope adopts the proposed fee schedule.

**Figure 2: Proposed Impact Fee Schedule**

***Residential (per unit)***

| Type | Fire | Police | Parks and Recreation | Roads | Proposed Fee | Current Fee | Difference |
|---|---|---|---|---|---|---|---|
| Single-Family | $879 | $742 | $2,998 | $1,211 | **$5,830** | $4,185 | $1,645 |
| Multi-Family | $600 | $506 | $2,044 | $563 | **$3,713** | $3,280 | $433 |

***Nonresidential (per 1,000 square feet)***

| Type | Fire | Police | Parks and Recreation | Roads | Proposed Fee | Current Fee | Difference |
|---|---|---|---|---|---|---|---|
| Commercial/Retail | $1,467 | $1,195 | $0 | $2,826 | **$5,488** | $4,734 | $754 |
| Industrial | $292 | $238 | $0 | $562 | **$1,092** | $736 | $356 |
| Office/Institutional | $574 | $467 | $0 | $1,104 | **$2,145** | $1,408 | $737 |

***Nonresidential (per room)***

| Type | Fire | Police | Parks and Recreation | Roads | Proposed Fee | Current Fee | Difference |
|---|---|---|---|---|---|---|---|
| Lodging | $197 | $161 | $1,932 | $379 | **$2,290** | $595 | $1,695 |

All costs in the impact fee calculations are given in current dollars with no assumed inflation rate over time. Necessary cost adjustments can be made as part of the recommended annual evaluation and update of impact fees. One approach is to adjust for inflation in construction costs by means of an index like the one published by Engineering News Record (ENR). This index can be applied against the calculated impact fees. If cost estimates change significantly, the fees should be recalculated.

# GENERAL LEGAL FRAMEWORK

Both state and federal courts have recognized the imposition of impact fees as a legitimate form of land use regulation, provided the fees meet standards intended to protect against regulatory takings. Land use regulations, development exactions, and impact fees are subject to the Fifth Amendment prohibition on taking of private property for public use without just compensation. To comply with the Fifth Amendment, development regulations must be shown to substantially advance a legitimate governmental interest. In the case of impact fees, that interest is in the protection of public health, safety, and welfare by ensuring development is not detrimental to the quality of essential public services. The means to this end are also important, requiring both procedural and substantive due process. The process followed to receive community input (i.e. stakeholder meetings, work sessions, and public hearings) provides opportunities for comments and refinements to the impact fees.

There is little federal case law specifically dealing with impact fees, although other rulings on other types of exactions (e.g., land dedication requirements) are relevant. In one of the most important exaction cases, the U. S. Supreme Court found that a government agency imposing exactions on development must demonstrate an "essential nexus" between the exaction and the interest being protected (see *Nollan v. California Coastal Commission,* 1987). In a more recent case (*Dolan v. City of Tigard, OR,* 1994), the Court ruled that an exaction must also be "roughly proportional" to the burden created by development. However, the *Dolan* decision appeared to set a higher standard of review for mandatory dedications of land than for monetary exactions such as impact fees.

There are three reasonable relationship requirements for impact fees that are closely related to "rational nexus" or "reasonable relationship" requirements enunciated by a number of state courts. Although the term "dual rational nexus" is often used to characterize the standard by which courts evaluate the validity of impact fees under the U.S. Constitution, we prefer a more rigorous formulation that recognizes three elements: **"need," "benefit,"** and **"proportionality."** The dual rational nexus test explicitly addresses only the first two, although proportionality is reasonably implied, and was specifically mentioned by the U.S. Supreme Court in the *Dolan* case. Individual elements of the nexus standard are discussed further in the following paragraphs.

All new development in a community creates additional demands on some, or all, public facilities provided by local government. If the capacity of facilities is not increased to satisfy that additional demand, the quality or availability of public services for the entire community will deteriorate. Impact fees may be used to recover the cost of development-related facilities, but only to the extent that the need for facilities is a consequence of development that is subject to the fees. The *Nollan* decision reinforced the principle that development exactions may be used only to mitigate conditions created by the developments upon which they are imposed. That principle clearly applies to impact fees. In this study, the impact of development on infrastructure needs is analyzed in terms of quantifiable relationships between various types of development and the demand for specific capital facilities, based on applicable level-of-service standards.

The requirement that exactions be proportional to the impacts of development was clearly stated by the U.S. Supreme Court in the *Dolan* case and is logically necessary to establish a proper nexus. Proportionality is established through the procedures used to identify development-related facility costs, and in the methods used to calculate impact fees for various types of facilities and categories of development. The demand for capital facilities is measured in terms of relevant and measurable attributes of development (e.g. a typical housing unit's average weekday vehicle trips).

A sufficient benefit relationship requires that impact fee revenues be segregated from other funds and expended only on the facilities for which the fees were charged. Impact fees must be expended in a timely manner and the facilities funded by the fees must serve the development paying the fees. However, nothing in the U.S. Constitution or the state enabling legislation requires that facilities funded with fee revenues be available *exclusively* to development paying the fees. In other words, benefit may extend to a general area including multiple real estate developments. Procedures for the earmarking and expenditure of fee revenues are discussed near the end of this study. All these procedural as well as substantive issues are intended to ensure that new development benefits from the impact fees they are required to pay. The authority and procedures to implement impact fees is separate from and complementary to the authority to require improvements as part of subdivision or zoning review.

As previously mentioned, Alabama's enabling legislation states:

> "An impact fee per service unit of new development may be set by the political subdivision not to exceed one percent of the estimated fair and reasonable market value of the new development after completion." (AL Code § 45-2-243.84 (2013))

As documented in this report, the City of Fairhope has complied with applicable legal precedents. Impact fees are proportionate and reasonably related to the capital improvement demands of new development. Specific costs have been identified using local data and current dollars. With input from City staff, TischlerBise identified demand indicators for each type of infrastructure and calculated proportionate share factors to allocate costs by type of development. This report documents the formulas and input variables used to calculate the impact fees for each type of public facility. Impact fee methodologies also identify the extent to which new development is entitled to various types of credits to avoid potential double payment of growth-related capital costs.

# CONCEPTUAL IMPACT FEE CALCULATION

In contrast to project-level improvements, impact fees fund growth-related infrastructure that will benefit multiple development projects, or the entire jurisdiction (referred to as system improvements). The first step is to determine an appropriate demand indicator for the particular type of infrastructure. The demand indicator measures the number of demand units for each unit of development. For example, an appropriate indicator of the demand for parks is population growth and the increase in population can be estimated from the average number of persons per housing unit. The second step in the impact fee formula is to determine infrastructure units per demand unit, typically called Level-of-Service (LOS) standards. In keeping with the park example, a common LOS standard is park acreage per person. The third step in the impact fee formula is the cost of various infrastructure units. To complete the park example, this part of the formula would establish the cost per acre for land acquisition and/or park improvements.

**Figure 3: Generic Impact Fee Formula**




## General Methodologies

There are three general methods for calculating impact fees. The choice of a particular method depends primarily on the timing of infrastructure construction (past, concurrent, or future) and service characteristics of the facility type being addressed. Each method has advantages and disadvantages in a particular situation, and can be used simultaneously for different cost components.

Reduced to its simplest terms, the process of calculating impact fees involves two main steps: (1) determining the cost of development-related capital improvements and (2) allocating those costs equitably to various types of development. In practice, though, the calculation of impact fees can become quite complicated because of the many variables involved in defining the relationship between development and the need for facilities within the designated service area. The following paragraphs discuss three basic methods for calculating impact fees and how those methods can be applied.

## Cost Recovery Method (Past Improvements)

The rationale for recoupment, often called cost recovery, is that new development is paying for its share of the useful life and remaining capacity of facilities already built, or land already purchased, from which new growth will benefit. This methodology is often used for utility systems that must provide adequate capacity before new development can take place.

## Incremental Expansion Method (Concurrent Improvements)

The incremental expansion method documents current level-of-service (LOS) standards for each type of public facility, using both quantitative and qualitative measures. This approach assumes there are no existing infrastructure deficiencies or surplus capacity in infrastructure. New development is only paying its proportionate share for growth-related infrastructure. Revenue will be used to expand or provide additional facilities, as needed, to accommodate new development. An incremental expansion cost method is best suited for public facilities that will be expanded in regular increments to keep pace with development.

## Plan-Based Method (Future Improvements)

The plan-based method allocates costs for a specified set of improvements to a specified amount of development. Improvements are typically identified in a long-range facility plan and development potential is identified by a land use plan. There are two basic options for determining the cost per demand unit: 1) total cost of a public facility can be divided by total demand units (average cost), or 2) the growth-share of the public facility cost can be divided by the net increase in demand units over the planning timeframe (marginal cost).

## Credits

Regardless of the methodology, a consideration of “credits” is integral to the development of a legally defensible impact fee methodology. There are two types of “credits” with specific characteristics, both of which should be addressed in impact fee studies and ordinances. The first is a revenue credit due to possible double payment situations, which could occur when other revenues may contribute to the capital costs of infrastructure covered by the impact fee. This type of credit is integrated into the impact fee calculation, thus reducing the fee amount. The second is a site-specific credit or developer reimbursement for dedication of land or construction of system improvements. This type of credit is addressed in the administration and implementation of the impact fee program.

# Parks and Recreation

## Methodology

The components of Fairhope's Parks and Recreation impact fee include parkland, recreational facilities, park amenities, and park vehicles. Impact fees for all parks and recreation infrastructure are calculated using the incremental expansion methodology. Peak park population is used when determining level-of-service standards for Parks and Recreation infrastructure. This measure accounts for the impact of visitors to lodging establishments have on Parks and Recreation infrastructure. A debt service credit is included in the fee as well due to outstanding debt on the outdoor swimming pool, the Barnwell Football and Baseball facility, the tennis complex, and the recreation center. Figure 4 diagrams the general methodology used to calculate the Parks and Recreation impact fee. Capital costs are allocated to residential and nonresidential (lodging establishments) development. Residential fees are calculated on a per capita basis, with the net capital cost per person multiplied by the persons per housing unit factors discussed in Appendix A. Nonresidential fees are calculated on a per capita basis, with the net capital cost per person multiplied by the persons per room factors discussed in Appendix A.

**Figure 4: Parks and Recreation Impact Fee Methodology**



## Peak Park Population

For Parks and Recreation infrastructure, demand is also driven by guests staying in the City's hotel and motel rooms. TischlerBise derived the visitor population in these rooms based on the number of hotel/motel rooms located in the City and data published by the American Hotel and Lodging Association. According to the AHLA's *Lodging Industry Trends, 2015,* the average number of guests per room per night is 1.50 persons. To calculate peak population from lodging rooms, the 660 rooms in Fairhope are multiplied by the peak occupancy rate and persons per room factor (660 rooms x 87.09 percent occupancy x 1.50 persons per room). This generates a peak lodging room visitor population of 860 persons in 2018, which is held constant throughout the study period.

**Figure 5: Lodging Room Visitor Population**

| | |
|---|---|
| Lodging Rooms[1] | 660 |
| Persons per Room[2] | 1.50 |
| Peak Occupancy Rate[3] | 87.09% |
| Lodging Visitor Peak Population | 860 |

*1. TischlerBise survey of hotels/motels in Fairhope, Alabama.*
*2. TischlerBise calculation based on AHLA Lodging Industry Trends, 2015.*
*3. U.S. Census Bureau 2016 American Community Survey.*

## Parkland

### Existing Standards and Cost Factors

The first component of the Parks and Recreation impact fee is parkland. The incremental expansion methodology is used to calculate the parkland fee component. As shown in Figure 5, the fee study assesses residential and nonresidential level-of-service standards based on the peak park population in 2018. The peak park population includes year-round residents and visitors occupying lodging rooms. Fairhope currently has 213.75 acres of parkland across 8 sites with a total replacement cost of $10,414,120. According to information provided by the City, the average cost per acre is $48,721. Based on these factors, the level of service is 0.009 acres per person (213.75 acres / 23,566 persons). When the current level of service standard of 0.009 acres per person is compared to the cost per acre ($48,721), the resulting cost per demand unit is $441.92 per person.

**Figure 5: Existing Standards for Parkland**

| Park | Acreage | Cost per Acre* | Total Cost |
|---|---|---|---|
| Fairhope Municipal Park | 61 | $48,721 | $2,971,983 |
| Stimpson Field / Mike Ford Tennis Center | 9 | $48,721 | $438,489 |
| Founders Park | 25 | $48,721 | $1,218,026 |
| Barnwell Park | 38 | $48,721 | $1,851,399 |
| Fairhope Soccer Complex (Manley) | 40 | $48,721 | $1,948,841 |
| Fairhopers Community Park | 0.5 | $48,721 | $24,361 |
| Fels Street Park | 0.25 | $48,721 | $12,180 |
| Colony Nature Park | 40 | $48,721 | $1,948,841 |
| **TOTAL 8** | **213.75** | **$48,721** | **$10,414,120** |

***Level-of-Service (LOS) Standards***

| | |
|---|---|
| Peak Park Population in 2018 | 23,566 |
| **LOS: Acres per Person** | **0.009** |

***Cost Analysis***

| | |
|---|---|
| Cost per Acre* | $48,721 |
| LOS: Acres per Person | 0.009 |
| **Cost per Person** | **$441.92** |

**Cost from City of Fairhope, Alabama - Impact Fee Study, 2007 adjusted for inflation.*

# Recreational Facilities

## Existing Standards and Cost Factors

The second component of the Parks and Recreation fee is recreational facilities. As previously stated, the incremental expansion methodology is used to calculate the recreational facility portion of the impact fee. As shown in Figure 6, the fee study assesses level-of-service standards based on the peak park population in 2018. Fairhope currently has 45,700 square feet of recreational facilities with a total replacement cost of $15.6 million. According to information provided by the City, the average cost per square foot is $343. When the current square footage of recreation facilities (45,700) is compared to the current peak population (23,566), the existing level of service standard is 1.94 square feet per person. To determine the cost per demand unit, the existing level of service standard (1.94 square feet per person) is multiplied by the average cost per square foot ($343), for a cost per demand unit of $664.72 per person.

**Figure 6: Existing Standards for Recreational Facilities**

| Facility | Square Footage | Cost per Square Foot* | Replacement Cost |
|---|---|---|---|
| Aquatics Center | 19,600 | $200 | $3,920,000 |
| Recreation Center | 26,100 | $450 | $11,745,000 |
| **TOTAL** | **45,700** | **$343** | **$15,665,000** |

***Level-of-Service (LOS) Standards***

| | |
|---|---|
| Peak Park Population in 2018 | 23,566 |
| **LOS: Square Feet per Person** | **1.94** |

***Cost Analysis***

| | |
|---|---|
| Average Cost per Square Foot | $343 |
| LOS: Square Feet per Person | 1.94 |
| **Cost per Person** | **$664.72** |

**Source: City of Fairhope.*

# Park Amenities

## Existing Standards and Cost Factors

The third component of the Parks and Recreation fee is park amenities. Amenities include, but are not limited to, concession stands, restrooms, ball parks, and locker rooms. As previously stated, the incremental expansion methodology is used to calculate the park amenity portion of the impact fee. As shown in Figure 7, the fee study assesses residential level-of-service standards based on the peak park population in 2018. Nonresidential level-of-service standards are assessed based on the number of persons per lodging room in 2018. When the current number of park amenities (82) is compared to the current peak population (23,566), the existing level of service standard is 0.0035 amenities per person. To determine the cost per demand unit, the existing level of service standard (0.0035 amenities per person) is multiplied by the average cost per amenity ($66,767), for a cost per demand unit of $232.33 per person.

**Figure 7: Existing Standards for Park Amenities**

| *Amenity* | *# of Units* | *Cost per Unit* | *Total Replacement Cost* |
|---|---|---|---|
| Concession Stand 1 Football | 1 | $98,000 | $98,000 |
| Concession Stand 2 Football | 1 | $20,000 | $20,000 |
| Concession Stand Baseball | 1 | $28,000 | $28,000 |
| Concession Stand Youth Baseball | 1 | $62,500 | $62,500 |
| Concession Stand Youth Soccer | 1 | $52,000 | $52,000 |
| Concession Stand/ Restroom/ Meeting Room - Soccer | 1 | $65,000 | $65,000 |
| Concession Stand Softball | 1 | $65,000 | $65,000 |
| Concession Stand/ Restroom - Youth Football | 1 | $70,000 | $70,000 |
| Concession Stand/ Restroom - Softball | 1 | $40,000 | $40,000 |
| Concession Stand/ Restroom/ Meeting Room - Soccer | 1 | $600,000 | $600,000 |
| Restrooms Football | 1 | $4,800 | $4,800 |
| Restrooms/ Field House Football | 1 | $400,000 | $400,000 |
| Restrooms/ Meeting Room Youth Baseball | 1 | $109,000 | $109,000 |
| Restrooms - Parking Lot | 1 | $38,000 | $38,000 |
| Restrooms - Parking Lot | 1 | $65,000 | $65,000 |
| Restrooms | 1 | $30,000 | $30,000 |
| Press Box Football | 1 | $25,000 | $25,000 |
| Press Box Youth Baseball | 3 | $4,200 | $12,600 |
| Press Box Youth Softball | 4 | $5,000 | $20,000 |
| Locker Rooms/Indoor Batting Cage | 1 | $320,000 | $320,000 |
| Covered Batting Cage | 1 | $18,000 | $18,000 |
| Football/Soccer Stadium | 1 | $700,000 | $700,000 |
| Youth Football Field | 2 | $40,000 | $80,000 |
| Baseball Field | 7 | $50,000 | $350,000 |
| Dog Park | 1 | $30,000 | $30,000 |
| Disc Golf Course | 1 | $15,000 | $15,000 |
| Skate Park | 1 | $30,000 | $30,000 |
| Maintenance Barn at Fairhope Municipal Park | 1 | $80,000 | $80,000 |
| Maintenance Barn at Founders Park | 1 | $27,000 | $27,000 |
| Clay Tennis Courts | 6 | $60,000 | $360,000 |
| Hard Tennis Courts | 6 | $60,000 | $360,000 |
| Tennis Center Pro Shop | 1 | $350,000 | $350,000 |
| Storage Shed | 1 | $30,000 | $30,000 |
| Softball Fields | 7 | $45,000 | $315,000 |
| Soccer Fields | 14 | $30,000 | $420,000 |
| Splash Pad | 1 | $25,000 | $25,000 |
| Playground w/ Equipment (ADA) | 1 | $50,000 | $50,000 |
| Playground w/ Equipment | 1 | $20,000 | $20,000 |
| Picnic Area | 1 | $15,000 | $15,000 |
| Nature Trails | 1 | $25,000 | $25,000 |
| Walking Track | 1 | $50,000 | $50,000 |
| **TOTAL** | **82** | **$66,767** | **$5,474,900** |

***Level-of-Service (LOS) Standards***

| | |
|---|---|
| Peak Park Population in 2018 | 23,566 |
| **LOS: Improvements per Person** | **0.0035** |

***Cost Analysis***

| | |
|---|---|
| Average Cost per Improvement | $66,767 |
| LOS: Improvements per Person | 0.0035 |
| **Cost per Person** | **$232.33** |

**Source: City of Fairhope.*

## Park Vehicles

### Existing Standards and Cost Factors

The final component of the Parks and Recreation fee is park vehicles. As previously stated, the incremental expansion methodology is used to calculate the park vehicle portion of the impact fee. As shown in Figure 8, the fee study assesses level-of-service standards based on the peak park service population in 2018. Fairhope currently has 8 vehicles with a total replacement cost of $196,000. According to information provided by the City, the average cost per vehicle is approximately $24,500. Based on these factors, the level of service is approximately 0.0003 vehicles per person (8 vehicles / 23,556 persons). When the cost per vehicle ($24,500) is compared to the existing level of service standard (0.0003 vehicles per person), the resulting cost per demand unit is $8.32 per person.

**Figure 8: Existing Standards for Park Vehicles**

| *Vehicle* | *# of Units* | *Unit Cost** | *Total Replacement Cost* |
|---|---|---|---|
| Half-Ton Truck | 5 | $23,000 | $115,000 |
| 3/4-Ton Truck | 3 | $27,000 | $81,000 |
| **TOTAL** | **8** | **$24,500** | **$196,000** |

***Level-of-Service (LOS) Standards***

| | |
|---|---|
| Peak Park Population in 2018 | 23,566 |
| **LOS: Vehicles per Person** | **0.0003** |

***Cost Analysis***

| | |
|---|---|
| Average Cost per Vehicle | $24,500 |
| LOS: Vehicles per Person | 0.0003 |
| **Cost per Person** | **$8.32** |

**Source: City of Fairhope.*

## Projected Demand for Growth-Related Improvements

To accommodate projected development over the next ten years, Fairhope will acquire additional parkland as development occurs. Based on the development projections contained in Appendix A, the City will need to provide the following growth-related improvements over the next ten years: 75 additional acres of parkland over the next ten years at a cost of $3.6 million; 29 recreation amenities at a cost of $1.9 million; 16,091 square feet of additional recreation center space at a cost of $5.5. million; and 3 new vehicles at a cost of $73,500.

**Figure 9: Growth-Related Need for Park Vehicles**

*Park Level-of-Service Standards*

| Level-of-Service | | Demand Unit | Unit Cost |
|---|---|---|---|
| 0.009 | Acres | per Person | $48,721 |
| 0.0035 | Amenities | per Person | $66,767 |
| 0.0003 | Vehicles | per Person | $24,500 |
| 1.94 | Square Feet | per Person | $343 |

*Growth-Related Need for Park Land*

| Year | | Peak Park Population | Park Acres | Rec. Amenities | Vehicles | Rec. Sq. Ft. |
|---|---|---|---|---|---|---|
| Base | 2018 | 23,566 | 214 | 82 | 8 | 45,700 |
| Year 1 | 2019 | 24,395 | 221 | 85 | 8 | 47,309 |
| Year 2 | 2020 | 25,225 | 229 | 88 | 9 | 48,918 |
| Year 3 | 2021 | 26,055 | 236 | 91 | 9 | 50,527 |
| Year 4 | 2022 | 26,885 | 244 | 94 | 9 | 52,137 |
| Year 5 | 2023 | 27,714 | 251 | 96 | 9 | 53,746 |
| Year 6 | 2024 | 28,544 | 259 | 99 | 10 | 55,355 |
| Year 7 | 2025 | 29,374 | 266 | 102 | 10 | 56,964 |
| Year 8 | 2026 | 30,204 | 274 | 105 | 10 | 58,573 |
| Year 9 | 2027 | 31,034 | 281 | 108 | 11 | 60,182 |
| Year 10 | 2028 | 31,863 | 289 | 111 | 11 | 61,791 |
| *Ten-Year Increase* | | 8,298 | **75** | **29** | **3** | **16,091** |
| ***Growth-Related Expenditure*** | | | **$3,654,077** | **$1,936,245** | **$73,500** | **$5,515,657** |

## Credit for Future Principal Payments on Parks and Recreation Improvements

The City debt financed construction of an outdoor swimming pool, the Barnwell football and baseball facility, the Recreation Center, and the Tennis Complex with a share of a GOW 2016 bond. The City of Fairhope's Treasurer provided the payment schedule for this bond, along with corresponding percentages of the bond dedicated to each Parks and Recreation improvement. The principal payment credit calculation is derived as shown in Figure 10. A credit is necessary since new development that pays impact fees will contribute to future principal payments through taxes. To account for the time value of money, annual principal payments per person are discounted using a net present value formula based on a 4% discount rate. Only the remaining principal payments are included in the credit calculation and are allocated to the peak park population. The credit in the amount of $56.90 is subtracted from the gross capital cost per person to derive a net capital cost per person.

**Figure 10: Credit for Future Principal Payments – Parks and Recreation Share of GOW 2016 Refunding of GOW 2007**

| *Fiscal Year* | *Total Remaining Principal* | *Principal for Outdoor Swimming Pool (2.61%)* | *Principal for Barnwell Football & Baseball (9.79%)* | *Principal for Tennis Complex (9.4%)* | *Principal for Recreation Center (31.74%)* | *Projected Peak Population (Park Service Area)* | *Payment per Person* |
|---|---|---|---|---|---|---|---|
| 2018 | $1,325,000 | $34,595.30 | $129,732.38 | $124,543.08 | $420,505.87 | 23,566 | $30.10 |
| 2019 | $1,325,000 | $34,595.30 | $129,732.38 | $124,543.08 | $420,505.87 | 24,395 | $29.08 |
| TOTAL | $2,650,000 | $69,190.60 | $259,464.75 | $249,086.16 | $841,011.75 | | $59.18 |

| | |
|---|---|
| Discount Rate | 4% |
| Net Present Value | **$56.90** |

**Source: Michael Hinson, City of Fairhope City Treasurer.*

## Proposed Parks and Recreation Impact Fees

Figure 11 details proposed maximum supportable Parks and Recreation impact fees in Fairhope. Residential fees are derived from the average number of persons per housing unit and the total cost per person. Nonresidential fees are based on the average number of persons per lodging room and the total cost per person.

Cost factors for park land, recreational facilities, park amenities, park vehicles, and debt credits are summarized in the upper portion of Figure 11. Persons per housing unit, by dwelling type, are based on local data, as discussed in Appendix A. For nonresidential development, average number of persons per lodging room is based on AHLA's *Lodging Industry Trends, 2015* report as discussed in Appendix A.

To derive the proposed fee for residential development, multiply average persons per housing unit by the cost per person. For example, the fee for a single-family dwelling would be $2,998 (2.32 persons per housing unit x $1,290.40 cost per person). To derive the proposed fee for nonresidential development, multiply the cost per person by the persons per room factor ($1,290.40 per person x 1.50 persons per room).

**Figure 11: Fee Schedule for Parks and Recreation Infrastructure**

| *Fee Component* | *Cost per Person* |
|---|---|
| Park Land | $441.92 |
| Recreational Facilities | $664.74 |
| Park Amenities | $232.33 |
| Debt Service Credit | ($56.90) |
| Park Vehicles | $8.32 |
| **TOTAL** | **$1,290.40** |

***Residential (per household)***

| *Type of Household* | *Persons per Housing Unit** | *Proposed Fee* | *Current Fee* | *Increase/ Decrease* |
|---|---|---|---|---|
| Single-Family | 2.32 | **$2,998** | $2,286 | $712 |
| Multi-Family | 1.58 | **$2,044** | $1,846 | $198 |

***Nonresidential (per room)***

| *Type* | *Persons per Room*** | *Proposed Fee* | *Current Fee* | *Increase/ Decrease* |
|---|---|---|---|---|
| Lodging | 1.50 | **$1,932** | $0 | $1,932 |

**See Figure A2.*

***See Figure A13.*

## Projected Revenue from Parks and Recreation Impact Fees

Revenue projections in Figure 12 assume implementation of the proposed Parks and Recreation fees and that development over the next ten years is consistent with the Land Use Assumptions described in Appendix A. To the extent the rate of development either accelerates or slows down, there will be a corresponding change in the impact fee revenue.

As shown in Figure 12, Parks and Recreation fee revenue is expected to total almost $10.7 million over the next ten years, compared to projected expenditures of $11.1 million.

**Figure 12: Capital Costs and Revenue for Parks and Recreation Infrastructure**

| | Growth Cost |
|---|---|
| Parkland | $3,654,077 |
| Recreation Facilities | $5,515,657 |
| Park Amenities | $1,936,245 |
| Park Vehicles | $73,500 |
| **Total Expenditures** | **$11,179,479** |

***Projected Parks and Recreation Impact Fee Revenue***

| | | Single-Family | Multi-Family |
|---|---|---|---|
| | | $2,998 per Unit | $2,044 per Unit |
| Year | | Housing Units | Housing Units |
| Base | 2018 | 8,969 | 1,304 |
| 1 | 2019 | 9,296 | 1,348 |
| 2 | 2020 | 9,624 | 1,391 |
| 3 | 2021 | 9,951 | 1,435 |
| 4 | 2022 | 10,279 | 1,478 |
| 5 | 2023 | 10,606 | 1,521 |
| 6 | 2024 | 10,934 | 1,565 |
| 7 | 2025 | 11,262 | 1,608 |
| 8 | 2026 | 11,589 | 1,652 |
| 9 | 2027 | 11,917 | 1,695 |
| 10 | 2028 | 12,244 | 1,738 |
| *10-year Increase* | | 3,276 | 434 |
| *10-year Projected Revenue* | | $9,820,000 | $887,299 |
| | | **Projected Revenue =>** | **$10,707,298** |

# FIRE

## Methodology

The Fire impact fee includes components for facilities and apparatus. Fire impact fees are based on the incremental expansion methodology. Costs are allocated to both residential and nonresidential development using different demand indicators for each type of development. Residential development impact fees are calculated on a per capita basis, then converted to an appropriate amount for each type of housing unit based on persons per housing unit factors. Because the Fire Department responds to emergency medical calls, the nonresidential development impact fees are calculated using nonresidential vehicle trips. Trip generation rates are highest for commercial/retail development and lowest for industrial development, whereas trip rates for office/other services development fall between the other two categories.

Figure 13 diagrams the general methodology used to calculate the Fire impact fee. It is intended to read like an outline, with lower levels providing a more detailed breakdown of the fee components. The residential portion of the Fire impact fee is derived from the product of persons per housing unit (by type of unit) and the net capital cost per person. The nonresidential portion of the Fire fee is derived from the product of vehicle trips per 1,000 square feet of nonresidential space and the net capital cost per vehicle trip.

**Figure 13: Fire Impact Fee Methodology Chart**



## Functional Population

TischlerBise recommends functional population to allocate the cost of fire facilities and vehicles to residential and nonresidential development. Functional population is similar to what the U.S. Census Bureau calls "daytime population," by accounting for people living and working in a jurisdiction, but also considers commuting patterns and time spent at home and at nonresidential locations. OnTheMap is a web-based mapping and reporting application that shows where workers are employed and where they live. It describes geographic patterns of jobs by their employment locations and residential locations as well as the connections between the two locations. OnTheMap was developed through a unique partnership between the U.S. Census Bureau and its Local Employment Dynamics (LED) partner states. OnTheMap data is used, as shown in Figure 14, to derive Functional Population shares for Fairhope.

Residents that do not work are assigned 20 hours per day to residential development and 4 hours per day to nonresidential development (annualized averages). Residents that work in Fairhope are assigned 14 hours to residential development and 10 hours to nonresidential development. Residents that work outside Fairhope are assigned 14 hours to residential development. Inflow commuters are assigned 10 hours to nonresidential development. Based on 2015 functional population data for Fairhope, the cost allocation for residential development is 70 percent while nonresidential development accounts for 30 percent of the demand for municipal facilities.

**Figure 14: Functional Population**

| *Demand Units in 2015* | | | | *Demand Hours/Day* | *Person Hours* | *Proportionate Share* |
|---|---|---|---|---|---|---|
| Residential | | | | | | |
| Estimated Residents | 17,309 | | | | | |
| Residents Not Working | | 10,631 | | 20 | 212,620 | |
| Employed Residents | | 6,678 | | | | |
| Employed in Service Area | | | 1,473 | 14 | 20,622 | |
| Employed outside Service Area | | | 5,205 | 14 | 72,870 | |
| | | | | *Residential Subtotal* | 306,112 | *70%* |
| Nonresidential | | | | | | |
| Non-working Residents | | 10,631 | | 4 | 42,524 | |
| Jobs in Service Area | | 8,635 | | | | |
| Residents Employed in Service Area | | | 1,473 | 10 | 14,730 | |
| Nonresident Workers (Inflow Commuters) | | | 7,162 | 10 | 71,620 | |
| | | | | *Nonresidential Subtotal* | 128,874 | *30%* |
| | | | | TOTAL | 434,986 | *100%* |

*Source: U.S. Census Bureau ACS 2015 population estimate; U.S. Census Bureau OnTheMap 6.1.1 Web Application, 2015.*

## Nonresidential Vehicle Trips

TischlerBise recommends using nonresidential vehicle trips as the nonresidential demand indicator for Fire infrastructure. Average weekday vehicle trip ends for nonresidential development are from the 10th edition of the reference book, *Trip Generation*, published in 2017 by the Institute of Transportation Engineers. A "trip end" represents a vehicle either entering or exiting a development (as if a traffic counter were placed across a driveway). Trip ends for nonresidential development are calculated per thousand square feet.

The basic trip adjustment factor is 50 percent for all nonresidential development except commercial. For commercial/retail development, the trip adjustment factor is less than 50 percent because retail uses attract vehicles as they pass by on arterial and collector roads. For example, when someone stops at a convenience store on the way home from work, the convenience store is not the primary destination. For an average size shopping center, the ITE (2017) indicates that on average 34 percent of the vehicles that enter are passing by on their way to some other primary destination. The remaining 66 percent of attraction trips have the shopping center as their primary destination. Because attraction trips are half of all trips, the trip adjustment factor (0.66 x 0.50 = 0.33) is approximately 33 percent of the trip ends.

Using the current estimates of nonresidential square footage by type, TischlerBise applied the trip end estimates and adjustment factors to calculate the average weekday trip ends for nonresidential development in Fairhope. TischlerBise estimates that there are 31,823 weekday trip ends attributable to existing nonresidential development in the City of Fairhope.

**Figure 15: Current Estimate of Nonresidential Vehicle Trip Ends**

| *Nonresidential Vehicle Trips on an Average Weekday* [1] | *2018* | |
|---|---|---|
| **Nonresidential Gross Floor Area (1,000 sq. ft.)** | *Assumptions* | |
| Commercial/Retail | 1,465 | |
| Industrial/Flex | 612 | |
| Office/Institutional | 2,249 | |
| Total Nonresidential Floor Area (x1,000 sq. ft.) | 4,325 | |
| **Average Weekday Vehicle Trips Ends per 1,000 Sq. Ft.** [2] | *Trip Ends* | *Adj. Factor* |
| Commercial/Retail | 37.75 | 33% |
| Industrial/Flex | 4.96 | 50% |
| Office/Institutional | 9.74 | 50% |
| **Nonresidential Vehicle Trips on an Average Weekday** | | |
| Commercial/Retail | 18,248 | |
| Industrial/Flex | 1,517 | **Share of Total** |
| Office/Institutional | 10,952 | **Trip Ends** |
| **Total Inbound Nonresidential Trips** | **30,717** | ***37.5%*** |

1. Trip rates are customized for Fairhope.
2. Trip rates are from the Institute of Transportation Engineers (ITE) Trip Generation Manual (2017).

## Fire Level of Service Standards and Cost Factors

### Stations

The first component included in the Fire fee is facilities. As previously stated, the incremental expansion methodology is used to determine Fire facility impact fees. As shown in Figure 16, the fee study assesses residential level of service standards based on 2018 population, and nonresidential level of service standards based on vehicle trip ends in 2018. The City of Fairhope currently has four fire stations totaling 22,901 square feet with a total replacement value of approximately $7.4 million. To determine the residential level of service, the current station square footage (22,901) is multiplied by the residential proportionate share factor (70%) and divided by the current population (22,705) for a level of service standard of 0.71 square feet per person. The nonresidential level of service standard of 0.22 square feet per nonresidential vehicle trip was determined by multiplying the current station square footage (22,901) by the nonresidential proportionate share factor (30%) and divided by the current nonresidential average daily vehicle trips (30,717). As shown in Figure 16, the average cost per square foot is $325. When the residential (0.71 per person) and nonresidential (0.22 per vehicle trip) per square foot level of service standards are multiplied by the cost per square foot ($325), the resulting cost per demand units are $230.68 per person and $71.79 per vehicle trip.

**Figure 16: Existing Standards for Fire Facilities**

| Station | Square Footage | Cost per Square Foot* | Replacement Cost |
|---|---|---|---|
| Station 1 | 10,710 | $325 | $3,480,750 |
| Station 2 | 4,331 | $325 | $1,407,575 |
| Station 3 | 4,440 | $325 | $1,443,000 |
| Station 4 | 3,420 | $325 | $1,111,500 |
| **TOTAL** | **22,901** | **$325** | **$7,442,825** |

***Level-of-Service (LOS) Standards***

| | |
|---|---|
| Population in 2018 | 22,705 |
| Nonresidential Vehicle Trip Ends in 2018 | 30,717 |
| Residential Share | 70% |
| Nonresidential Share | 30% |
| **LOS: Sq. Ft. per Person** | **0.71** |
| **LOS: Sq. Ft. per Vehicle Trip End** | **0.22** |

***Cost Analysis***

| | |
|---|---|
| Cost per Square Foot* | $325 |
| LOS: Square Feet per Person | 0.71 |
| **Cost per Person** | **$230.68** |
| LOS: Square Feet per Vehicle Trip End | 0.22 |
| **Cost per Vehicle Trip End** | **$71.79** |

**Source: City of Fairhope.*

## Apparatus

The second component included in the Fire fee is Apparatus. As previously stated, the incremental expansion methodology is used to determine this component of the Fire impact fees. As shown in Figure 17, the fee study assesses residential level of service standards based on 2018 population, and nonresidential level of service standards based on vehicle trip ends in 2018. As shown in Figure 17, the City of Fairhope has 23 units of apparatus and equipment with a total replacement value of $4.7 million. To determine the residential level of service, the current units of apparatus and equipment (23) is multiplied by the residential proportionate share factor (70%) and divided by the current population (22,705) for a level of service standard of 0.00071 per person. The nonresidential level of service standard of 0.00022 units of apparatus and equipment per nonresidential vehicle trip was determined by multiplying the current units of apparatus and equipment (23) by the nonresidential proportionate share factor (30%) and divided by the current nonresidential average daily vehicle trips (30,717).

As shown in Figure 17, the weighted average cost per apparatus $207,370. When the residential (0.00071 per person) and nonresidential (0.00022 per vehicle trip) level of service standards are multiplied by the weighted average cost per apparatus ($207,370), the resulting cost per demand units are $147.83 per person and $46.00 per vehicle trip.

**Figure 17: Existing Standards for Fire Apparatus**

| Make | Model | # of Units | Unit Cost* | Replacement Cost |
|---|---|---|---|---|
| Chevrolet | Suburban | 1 | $40,000 | $40,000 |
| Chevrolet | Colorado | 1 | $23,000 | $23,000 |
| Chevrolet | Tahoe | 1 | $37,000 | $37,000 |
| FED | MTS Hush Pumper | 2 | $450,000 | $900,000 |
| E-One | Pumper | 1 | $450,000 | $450,000 |
| International | E-One Rescue | 1 | $350,000 | $350,000 |
| Ford | F450 | 1 | $50,000 | $50,000 |
| E-One | H700 Aerial Truck | 1 | $1,250,000 | $1,250,000 |
| E-One | Typhoon Firetruck | 1 | $450,000 | $450,000 |
| AM | General M35A2 | 1 | $75,000 | $75,000 |
| E-One | H224 Pumper | 1 | $450,000 | $450,000 |
| E-One | Firetruck | 1 | $450,000 | $450,000 |
| Ford | F550 | 1 | $60,000 | $60,000 |
| Ford | F350 | 1 | $40,000 | $40,000 |
| Ford | Excursion | 1 | $40,000 | $40,000 |
| Ford | F150 | 1 | $23,000 | $23,000 |
| Ford | Pumper Cab | 2 | $10,000 | $20,000 |
| Dodge | 2500 | 1 | $27,000 | $27,000 |
| BTMM | 10 Foot Trailer | 1 | $6,500 | $6,500 |
| Bye-Rite | Trailer | 1 | $3,000 | $3,000 |
| FED | Update Cascade 933 | 1 | $25,000 | $25,000 |
| | **TOTAL** | **23** | **$207,370** | **$4,769,500** |

***Level-of-Service (LOS) Standards***

| | |
|---|---|
| Population in 2018 | 22,705 |
| Nonresidential Vehicle Trip Ends in 2018 | 30,717 |
| Residential Share | 70% |
| Nonresidential Share | 30% |
| **LOS: Units per Person** | **0.00071** |
| **LOS: Units per Vehicle Trip End** | **0.00022** |

***Cost Analysis***

| | |
|---|---|
| Average Cost per Unit | $207,370 |
| LOS: Units per Person | 0.00071 |
| **Cost per Person** | **$147.83** |
| LOS: Units per Vehicle Trip End | 0.00022 |
| **Cost per Vehicle Trip End** | **$46.00** |

## Projected Demand for Fire Facilities and Apparatus

### Station Space

To accommodate projected development over the next ten years, Fairhope will need to provide additional fire station space and purchase additional apparatus as development occurs. Based on the development projections discussed in Appendix A, new development will generate demand for an additional 8,369 square feet of fire station space over the next ten years, at a total cost of approximately $2.7 million.

**Figure 18: Growth-Related Need for Fire Station Space**

| *Level-of-Service* | | | *Demand Unit* | *Unit Cost* |
|---|---|---|---|---|
| Residential | 0.71 | Square Feet | per Person | $325 |
| Nonresidential | 0.22 | | per Trip End | |

| *Growth-Related Need for Facilities* | | | | | | |
|---|---|---|---|---|---|---|
| *Year* | | *Population* | *Nonres. Vehicle Trips* | *Residential Sq. Ft.* | *Nonres. Sq. Ft.* | *Total* |
| Base | 2018 | 22,705 | 30,717 | 16,116 | 6,785 | 22,901 |
| Year 1 | 2019 | 23,535 | 31,840 | 16,705 | 7,033 | 23,738 |
| Year 2 | 2020 | 24,365 | 32,963 | 17,294 | 7,281 | 24,575 |
| Year 3 | 2021 | 25,194 | 34,085 | 17,883 | 7,529 | 25,412 |
| Year 4 | 2022 | 26,024 | 35,208 | 18,472 | 7,777 | 26,249 |
| Year 5 | 2023 | 26,854 | 36,330 | 19,061 | 8,025 | 27,086 |
| Year 6 | 2024 | 27,684 | 37,453 | 19,650 | 8,273 | 27,923 |
| Year 7 | 2025 | 28,514 | 38,575 | 20,239 | 8,521 | 28,759 |
| Year 8 | 2026 | 29,343 | 39,698 | 20,828 | 8,769 | 29,596 |
| Year 9 | 2027 | 30,173 | 40,821 | 21,417 | 9,017 | 30,433 |
| Year 10 | 2028 | 31,003 | 41,943 | 22,006 | 9,264 | 31,270 |
| *Ten-Year Increase* | | 8,298 | 11,226 | **5,890** | **2,480** | **8,369** |
| | | | ***Growth-Related Expenditure*** | **$1,914,250** | **$806,000** | **$2,719,925** |

## Apparatus

To accommodate projected development over the next ten years, the City of Fairhope will need to provide additional fire apparatus as development occurs. Based on the development projections discussed in Appendix A, new development will generate demand for an additional 8 units of apparatus and equipment over the next ten years, at a total cost of approximately $1.65 million.

**Figure 19: Growth-Related Need for Fire Apparatus and Equipment**

| *Level-of-Service* | | | *Demand Unit* | *Unit Cost* |
|---|---|---|---|---|
| Residential | 0.00071 | Units | per Person | $207,370 |
| Nonresidential | 0.00022 | | per Trip End | |

| *Growth-Related Need for Apparatus* | | | | | | |
|---|---|---|---|---|---|---|
| *Year* | | *Population* | *Nonres. Vehicle Trips* | *Residential Vehicles* | *Nonres. Vehicles* | *Total* |
| Base | 2018 | 22,705 | 30,717 | 16 | 7 | 23 |
| Year 1 | 2019 | 23,535 | 31,840 | 17 | 7 | 24 |
| Year 2 | 2020 | 24,365 | 32,963 | 17 | 7 | 25 |
| Year 3 | 2021 | 25,194 | 34,085 | 18 | 8 | 26 |
| Year 4 | 2022 | 26,024 | 35,208 | 19 | 8 | 26 |
| Year 5 | 2023 | 26,854 | 36,330 | 19 | 8 | 27 |
| Year 6 | 2024 | 27,684 | 37,453 | 20 | 8 | 28 |
| Year 7 | 2025 | 28,514 | 38,575 | 20 | 9 | 29 |
| Year 8 | 2026 | 29,343 | 39,698 | 21 | 9 | 30 |
| Year 9 | 2027 | 30,173 | 40,821 | 22 | 9 | 31 |
| Year 10 | 2028 | 31,003 | 41,943 | 22 | 9 | 31 |
| *Ten-Year Increase* | | 8,298 | 11,226 | 6 | 2 | 8 |
| ***Growth-Related Expenditure*** | | | | **$1,244,217** | **$414,739** | **$1,658,957** |

## Proposed Fire Impact Fees

Figure 20 details proposed Fire impact fees. Residential fees are derived from the average number of persons per housing unit and the total cost per person. Nonresidential fees are based on average number of nonresidential vehicle trip ends per 1,000 square feet of floor area and the total cost per vehicle trip end.

Cost factors for Fire facilities and apparatus components are summarized in the upper portion of Figure 20. To derive the proposed fee for residential development, multiply average persons per housing unit by the cost per person. For example, the fee for a single-family dwelling is $879 (2.32 persons per housing unit x $378.51 cost per person). To derive the proposed fee for nonresidential development, multiply the trip rate per 1,000 square feet by the trip adjustment factor, then multiply by the cost per trip end. For example, the fee for commercial development is $1,467 per thousand square feet (37.75 vehicle trip ends per 1,000 square feet x 33% trip adjustment factor x $117.79 per vehicle trip end).

**Figure 20: Fee Schedule for Fire Infrastructure**

| Fee Component | Cost per Person | Cost per Vehicle Trip |
|---|---|---|
| Facilities | $230.68 | $71.79 |
| Vehicles | $147.83 | $46.00 |
| **TOTAL** | **$378.51** | **$117.79** |

***Residential (per household)***

| Type of Household | Persons per Housing Unit* | Proposed Fee | Current Fee | Increase / Decrease |
|---|---|---|---|---|
| Single-Family | 2.32 | **$879** | $805 | $74 |
| Multi-Family | 1.58 | **$600** | $650 | ($50) |

***Nonresidential (per 1,000 square feet)***

| Type | Trips per 1,000 Sq. Ft.** | Trip Rate Adjustment | Proposed Fee | Current Fee | Increase / Decrease |
|---|---|---|---|---|---|
| Commercial/Retail | 37.75 | 33% | **$1,467** | $1,007 | $460 |
| Industrial | 4.96 | 50% | **$292** | $131 | $161 |
| Office/Institutional | 9.74 | 50% | **$574** | $294 | $280 |

***Nonresidential (per room)***

| Type | Trips per Room*** | Trip Rate Adjustment | Proposed Fee | Current Fee | Increase / Decrease |
|---|---|---|---|---|---|
| Lodging | 3.35 | 50% | **$197** | $106 | $91 |

**See Figure A2.*

***See Figure A7.*

****See Figure A13.*

## Projected Revenue from Fire Impact Fees

Revenue projections in Figure 21 assume implementation of the proposed Fire fees and that development over the next ten years is consistent with the Land Use Assumptions described in Appendix A. To the extent the rate of development either accelerates or slows down, there will be a corresponding change in the impact fee revenue.

As shown in Figure 21, Fire fee revenue is expected to total $4.46 million over the next ten years, compared to projected growth-related capital costs of $4.37 million.

**Figure 21: Capital Costs and Revenue for Parks and Recreation Infrastructure**

| | Growth Cost |
|---|---|
| Facilities | $2,719,925 |
| Vehicles | $1,658,957 |
| **Total Expenditures** | **$4,378,882** |

***Projected Fire and Rescue Impact Fee Revenue***

| | | Single-Family | Multi-Family | Commercial /Retail | Industrial | Office/Instit. |
|---|---|---|---|---|---|---|
| | | $879 per Unit | $600 per Unit | $1,467 per KSF | $292 per KSF | $574 per KSF |
| Year | | Housing Units | Housing Units | KSF | KSF | KSF |
| Base | 2018 | 8,969 | 1,304 | 1,465 | 612 | 2,249 |
| 1 | 2019 | 9,296 | 1,348 | 1,518 | 634 | 2,331 |
| 2 | 2020 | 9,624 | 1,391 | 1,572 | 656 | 2,413 |
| 3 | 2021 | 9,951 | 1,435 | 1,625 | 679 | 2,495 |
| 4 | 2022 | 10,279 | 1,478 | 1,679 | 701 | 2,578 |
| 5 | 2023 | 10,606 | 1,521 | 1,732 | 724 | 2,660 |
| 6 | 2024 | 10,934 | 1,565 | 1,786 | 746 | 2,742 |
| 7 | 2025 | 11,262 | 1,608 | 1,840 | 768 | 2,824 |
| 8 | 2026 | 11,589 | 1,652 | 1,893 | 791 | 2,906 |
| 9 | 2027 | 11,917 | 1,695 | 1,947 | 813 | 2,989 |
| 10 | 2028 | 12,244 | 1,738 | 2,000 | 835 | 3,071 |
| *10-year Increase* | | 3,276 | 434 | 535 | 224 | 822 |
| *10-year Projected Revenue* | | $2,880,496 | $260,271 | $785,513 | $65,306 | $471,452 |
| | | | | | **Projected Revenue =>** | **$4,463,038.25** |
| | | | | | Surplus/Deficit => | $84,156 |

# POLICE

## Methodology

The components of the City of Fairhope's Police impact fee are facilities and vehicles. Police impact fees are based on the incremental expansion methodology. Costs are allocated to both residential and nonresidential development using different demand indicators for each type of development. Residential development impact fees are calculated on a per capita basis, then converted to an appropriate amount for each type of housing unit based on persons per housing unit factors. Nonresidential development impact fees are calculated using nonresidential vehicle trips. Trip generation rates are highest for commercial/retail development and lowest for industrial development, whereas trip rates for office/other services development fall between the other two categories. Using vehicle trip rates ensures that impact fees are consistent with the relative demand for Police services from nonresidential development.

Figure 22 diagrams the general methodology used to calculate the Police impact fee. It is intended to read like an outline, with lower levels providing a more detailed breakdown of the fee components. The residential portion of the Police impact fee is derived from the product of persons per housing unit (by type of unit) multiplied by the net capital cost per person. The nonresidential portion of the Police fee is derived from the product of vehicle trips per 1,000 square feet of nonresidential space multiplied by the net capital cost per vehicle trip.

**Figure 22: Police Impact Fee Methodology Chart**



[redacted]



## Functional Population

TischlerBise recommends functional population to allocate the cost of Police facilities and vehicles to residential and nonresidential development. Functional population is similar to what the U.S. Census Bureau calls "daytime population," by accounting for people living and working in a jurisdiction, but also considers commuting patterns and time spent at home and at nonresidential locations. OnTheMap is a web-based mapping and reporting application that shows where workers are employed and where they live. It describes geographic patterns of jobs by their employment locations and residential locations as well as the connections between the two locations. OnTheMap was developed through a unique partnership between the U.S. Census Bureau and its Local Employment Dynamics (LED) partner states. OnTheMap data is used, as shown in Figure 23, to derive Functional Population shares for Fairhope.

Residents that do not work are assigned 20 hours per day to residential development and 4 hours per day to nonresidential development (annualized averages). Residents that work in Fairhope are assigned 14 hours to residential development and 10 hours to nonresidential development. Residents that work outside Fairhope are assigned 14 hours to residential development. Inflow commuters are assigned 10 hours to nonresidential development. Based on 2015 functional population data for Fairhope, the cost allocation for residential development is 70 percent while nonresidential development accounts for 30 percent of the demand for municipal facilities.

**Figure 23: Functional Population**

| *Demand Units in 2015* | | | | *Demand Hours/Day* | *Person Hours* | *Proportionate Share* |
|---|---|---|---|---|---|---|
| Residential | | | | | | |
| Estimated Residents | 17,309 | | | | | |
| Residents Not Working | | 10,631 | | 20 | 212,620 | |
| Employed Residents | | 6,678 | | | | |
| Employed in Service Area | | | 1,473 | 14 | 20,622 | |
| Employed outside Service Area | | | 5,205 | 14 | 72,870 | |
| | | | *Residential Subtotal* | | 306,112 | *70%* |
| Nonresidential | | | | | | |
| Non-working Residents | | 10,631 | | 4 | 42,524 | |
| Jobs in Service Area | | 8,635 | | | | |
| Residents Employed in Service Area | | | 1,473 | 10 | 14,730 | |
| Nonresident Workers (Inflow Commuters) | | | 7,162 | 10 | 71,620 | |
| | | | *Nonresidential Subtotal* | | 128,874 | *30%* |
| | | | TOTAL | | 434,986 | *100%* |

*Source: U.S. Census Bureau ACS 2015 population estimate; U.S. Census Bureau OnTheMap 6.1.1 Web Application, 2015.*

## Nonresidential Vehicle Trips

TischlerBise recommends using nonresidential vehicle trips as the nonresidential demand indicator for Police infrastructure. Average weekday vehicle trip ends for nonresidential development are from the 10th edition of the reference book, *Trip Generation*, published in 2017 by the Institute of Transportation Engineers. A "trip end" represents a vehicle either entering or exiting a development (as if a traffic counter were placed across a driveway). Trip ends for nonresidential development are calculated per thousand square feet.

The basic trip adjustment factor is 50 percent for all nonresidential development except commercial. For commercial/retail development, the trip adjustment factor is less than 50 percent because retail uses attract vehicles as they pass by on arterial and collector roads. For example, when someone stops at a convenience store on the way home from work, the convenience store is not the primary destination. For an average size shopping center, the ITE (2017) indicates that on average 34 percent of the vehicles that enter are passing by on their way to some other primary destination. The remaining 66 percent of attraction trips have the shopping center as their primary destination. Because attraction trips are half of all trips, the trip adjustment factor (0.66 x 0.50 = 0.33) is approximately 33 percent of the trip ends.

Using the current estimates of nonresidential square footage by type, TischlerBise applied the trip end estimates and adjustment factors to calculate the average weekday trip ends for nonresidential development in Fairhope. TischlerBise estimates that there are 30,717 weekday trip ends attributable to existing nonresidential development in the City of Fairhope.

**Figure 24: Current Estimate of Nonresidential Vehicle Trip Ends**

| *Nonresidential Vehicle Trips on an Average Weekday* [1] | *2018* | |
|---|---|---|
| **Nonresidential Gross Floor Area (1,000 sq. ft.)** | *Assumptions* | |
| Industrial / Flex | 612 | |
| Commercial / Retail | 1,465 | |
| Office / Institutional | 2,249 | |
| Total Nonresidential Floor Area (x1,000 sq. ft.) | 4,325 | |
| **Average Weekday Vehicle Trips Ends per 1,000 Sq. Ft.** [2] | *Trip Ends* | *Adj. Factor* |
| Industrial / Flex | 4.96 | 50% |
| Commercial / Retail | 37.75 | 33% |
| Office / Institutional | 9.74 | 50% |
| **Nonresidential Vehicle Trips on an Average Weekday** | | |
| Industrial / Flex | 1,517 | |
| Commercial / Retail | 18,248 | |
| Office / Institutional | 10,952 | |
| **Total Inbound Nonresidential Trips** | **30,717** | |

1. Trip rates are customized for Fairhope. See accompanying tables and discussion.
2. Trip rates are from the Institute of Transportation Engineers (ITE) Trip Generation Manual (2017).

## Police Level of Service Standards and Cost Factors

The first component included in the Police fee is for additional station space. As previously stated, the incremental expansion methodology is used to determine Police station component of the impact fees. The fee study assesses residential level of service standards based on 2018 population, and nonresidential level of service standards based on vehicle trip ends in 2018. Fairhope's Police impact fee includes components for the Police Station, Sally Port, Jail, Justice Center, and Animal Shelter.

### Police Station Space

Fairhope's Police Department facilities include a police station, sally port, and jail totaling 26,104 square feet with a total replacement value of $8.22 million. As shown in Figure 25, the fee study assesses residential level of service standards based on 2018 population, and nonresidential level of service standards based on vehicle trip ends in 2018. To determine the residential level of service, the current facility square footage (26,104) is multiplied by the residential proportionate share factor (70%) and divided by the current population (22,705) for a level of service standard of 0.81 square feet per person. The nonresidential level of service standard of 0.25 square feet per nonresidential vehicle trip was determined by multiplying the current facility square footage (26,104) by the nonresidential proportionate share factor (30%) and divided by the current nonresidential average daily vehicle trips (30,717).

As shown in Figure 25, the average cost per square foot is $315. When the residential (0.81 per person) and nonresidential (0.25 per vehicle trip) per square foot level of service standards are multiplied by the cost per square foot ($315), the resulting cost per demand units are $254.86 per person and $79.31 per vehicle trip.

**Figure 25: Existing Standards for Police Facilities**

| *Facility Components* | *Square Footage* | *Cost per Square Foot** | *Replacement Cost* |
|---|---|---|---|
| Police Department | 6,624 | $315 | $2,086,560 |
| Sally Port | 1,516 | $315 | $477,540 |
| Jail | 17,964 | $315 | $5,658,660 |
| **TOTAL** | **26,104** | **$315** | **$8,222,760** |

***Level-of-Service (LOS) Standards***

| | |
|---|---|
| Population in 2018 | 22,705 |
| Nonresidential Vehicle Trip Ends in 2018 | 30,717 |
| Residential Share | 70% |
| Nonresidential Share | 30% |
| **LOS: Square Feet per Person** | **0.81** |
| **LOS: Square Feet per Vehicle Trip End** | **0.25** |

***Cost Analysis***

| | |
|---|---|
| Cost per Square Foot* | $315 |
| LOS: Square Feet per Person | 0.81 |
| **Cost per Person** | **$254.86** |
| LOS: Square Feet per Vehicle Trip | 0.25 |
| **Cost per Vehicle Trip** | **$79.31** |

**Source: City of Fairhope Building Department.*

## Animal Shelter Existing Standards and Cost Factors

Fairhope's Animal Shelter occupies 3,200 square feet with a total replacement value of approximately $256,000. As shown in Figure 26, the fee study assesses residential level of service standards based on 2018 population in 2018. To determine the residential level of service, the current facility square footage (3,200) is divided by the current population (22,705) to determine current level of service standard of 0.14 square feet per person. According to information provided by the City of Fairhope, the replacement cost per square foot is $80. When the residential per square foot level of service standards is multiplied by the cost per square foot ($80), the resulting cost per demand unit is $11.27 per person.

**Figure 26: Existing Standards for Animal Shelter Facilities**

| Facility | Square Footage | Cost per Square Foot* | Replacement Cost |
|---|---|---|---|
| Animal Shelter | 3,200 | $80 | $256,000 |

***Level-of-Service (LOS) Standards***

| | |
|---|---|
| Population in 2018 | 22,705 |
| Residential Share | 100% |
| **LOS: Square Feet per Person** | **0.14** |

***Cost Analysis***

| | |
|---|---|
| Cost per Square Foot* | $80 |
| LOS: Square Feet per Person | 0.14 |
| **Cost per Person** | **$11.27** |

**Source: City of Fairhope.*

## Police Vehicles

The Police impact fee also contains a vehicles and equipment component. As previously stated, the incremental expansion methodology is used to determine this portion of the impact fees. As shown in Figure 27, the fee study assesses residential level of service standards based on 2018 population, and nonresidential level of service standards based on vehicle trip ends in 2018. To determine the residential level of service, the current number of vehicles and equipment (47) is multiplied by the residential proportionate share factor (70%) and divided by the current population (22,705) for a level of service standard of 0.0015 items per person. The nonresidential level of service standard of 0.0005 items per nonresidential vehicle trip was determined by multiplying the current inventory of vehicles and equipment (47) by the nonresidential proportionate share factor (30%) and divided by the current nonresidential average daily vehicle trips (30,717).

As shown in Figure 27, the average cost per item is $36,617. When the residential (0.0015 per person) and nonresidential (0.0005 per vehicle trip) level of service standards are multiplied by the average cost per item ($36,617), the resulting cost per demand units are $53.34 per person and $16.60 per vehicle trip.

**Figure 27: Existing Standards for Police Vehicles and Equipment**

| Item | # of Units | Unit Cost* | Total Replacement Cost |
|---|---|---|---|
| Ford Crown Victoria | 13 | $41,500 | $539,500 |
| Ford Expedition | 1 | $40,000 | $40,000 |
| Chevrolet Suburban | 1 | $40,000 | $40,000 |
| Chevrolet Tahoe | 22 | $39,000 | $858,000 |
| Cummings Generator | 1 | $17,228 | $17,228 |
| Snorkel Model | 1 | $7,321 | $7,321 |
| Speed Detection Trailer | 1 | $18,251 | $18,251 |
| T-3 Three Wheel Electric Cart | 1 | $9,193 | $9,193 |
| Charles Low Boy Trailer | 1 | $5,745 | $5,745 |
| Honda 4x4 ATV | 1 | $7,354 | $7,354 |
| Kawasaki Mule KAF 620 | 1 | $10,112 | $10,112 |
| CPCV Boat w/ Trailer | 1 | $122,032 | $122,032 |
| 24' Boston Whaler w/ Trailer | 1 | $36,196 | $36,196 |
| E-Z Go 2Five Golf Cart | 1 | $10,050 | $10,050 |
| **TOTAL** | **47** | **$36,617** | **$1,720,982** |

***Level-of-Service (LOS) Standards***

| | |
|---|---|
| Population in 2018 | 22,705 |
| Nonresidential Vehicle Trip Ends in 2018 | 30,717 |
| Residential Share | 70% |
| Nonresidential Share | 30% |
| **LOS: Vehicles per Person** | **0.0015** |
| **LOS: Vehicles per Vehicle Trip End** | **0.000** |

***Cost Analysis***

| | |
|---|---|
| Average Cost per Vehicle | $36,617 |
| LOS: Vehicles per Person | 0.0015 |
| **Cost per Person** | **$53.34** |
| LOS: Vehicles per Vehicle Trip End | 0.0005 |
| **Cost per Vehicle Trip End** | **$16.60** |

**Source: City provided acquisition year and costs, which have been adjusted for inflation per direction of COF.*

## Police Department Projected Demand

### Police Space

To accommodate projected development over the next ten years, Fairhope will need to provide additional Police space and purchase additional vehicles and equipment as development occurs. Based on the development projections discussed in Appendix A, new development will generate demand for an additional 9,540 square feet of Police space over the next ten years, at a total cost of approximately $3.0 million.

**Figure 28: Growth-Related Need for Police Department Facilities**

| *Level-of-Service* | | | *Demand Unit* | *Unit Cost* |
|---|---|---|---|---|
| Residential | 0.81 | Square Feet | per Person | $315 |
| Nonresidential | 0.25 | | per Trip End | |

| *Growth-Related Need for Facilities* | | | | | | |
|---|---|---|---|---|---|---|
| *Year* | | *Population* | *Nonres. Vehicle Trips* | *Residential Sq. Ft.* | *Nonresidential Sq. Ft.* | *Total* |
| Base | 2018 | 22,705 | 30,717 | 18,370 | 7,734 | 26,104 |
| Year 1 | 2019 | 23,535 | 31,840 | 19,041 | 8,017 | 27,058 |
| Year 2 | 2020 | 24,365 | 32,963 | 19,713 | 8,299 | 28,012 |
| Year 3 | 2021 | 25,194 | 34,085 | 20,384 | 8,582 | 28,966 |
| Year 4 | 2022 | 26,024 | 35,208 | 21,055 | 8,864 | 29,920 |
| Year 5 | 2023 | 26,854 | 36,330 | 21,727 | 9,147 | 30,874 |
| Year 6 | 2024 | 27,684 | 37,453 | 22,398 | 9,430 | 31,828 |
| Year 7 | 2025 | 28,514 | 38,575 | 23,070 | 9,712 | 32,782 |
| Year 8 | 2026 | 29,343 | 39,698 | 23,741 | 9,995 | 33,736 |
| Year 9 | 2027 | 30,173 | 40,821 | 24,412 | 10,278 | 34,690 |
| Year 10 | 2028 | 31,003 | 41,943 | 25,084 | 10,560 | 35,644 |
| *Ten-Year Increase* | | 8,298 | 11,226 | **6,713** | **2,826** | **9,540** |
| | | | ***Growth-Related Expenditure*** | **$2,114,595** | **$890,190** | **$3,005,100** |

## Animal Control

To accommodate projected development over the next ten years, Fairhope will need to provide additional Animal Control space as development occurs. Based on the development projections discussed in Appendix A, new development will generate demand for an additional 1,169 square feet of Animal Control space over the next ten years, at a total cost of approximately $93,000.

**Figure 29: Growth-Related Need for Animal Control Space**

| *Level-of-Service* | | | *Demand Unit* | *Unit Cost* |
|---|---|---|---|---|
| Residential | 0.14 | Square Feet | per Person | $80 |

| *Growth-Related Need for Animal Shelter Facilities* | | | |
|---|---|---|---|
| *Year* | | *Population* | *Square Feet* |
| Base | 2018 | 22,705 | 3,200 |
| Year 1 | 2019 | 23,535 | 3,317 |
| Year 2 | 2020 | 24,365 | 3,434 |
| Year 3 | 2021 | 25,194 | 3,551 |
| Year 4 | 2022 | 26,024 | 3,668 |
| Year 5 | 2023 | 26,854 | 3,785 |
| Year 6 | 2024 | 27,684 | 3,902 |
| Year 7 | 2025 | 28,514 | 4,019 |
| Year 8 | 2026 | 29,343 | 4,136 |
| Year 9 | 2027 | 30,173 | 4,253 |
| Year 10 | 2028 | 31,003 | 4,369 |
| *Ten-Year Increase* | | 8,298 | **1,169** |
| ***Growth-Related Expenditure*** | | | **$93,520** |

## Vehicles and Equipment

To accommodate projected development over the next ten years, the City of Fairhope will need to provide additional Police vehicles and equipment as development occurs. Based on the development projections discussed in Appendix A, new development will generate demand for an additional 17 units of vehicles and equipment over the next ten years, at a total cost of approximately $622,000.

**Figure 30: Growth-Related Need for Vehicles and Equipment**

| *Level-of-Service* | | | *Demand Unit* | *Unit Cost* |
|---|---|---|---|---|
| Residential | 0.0015 | Units | per Person | $36,617 |
| Nonresidential | 0.0005 | | per Trip End | |

| *Growth-Related Need for Vehicles* | | | | | | |
|---|---|---|---|---|---|---|
| *Year* | | *Population* | *Nonres. Vehicle Trips* | *Residential Vehicles* | *Nonresidential Vehicles* | *Total* |
| Base | 2018 | 22,705 | 30,717 | 33 | 14 | 47 |
| Year 1 | 2019 | 23,535 | 31,840 | 34 | 14 | 49 |
| Year 2 | 2020 | 24,365 | 32,963 | 35 | 15 | 50 |
| Year 3 | 2021 | 25,194 | 34,085 | 37 | 15 | 52 |
| Year 4 | 2022 | 26,024 | 35,208 | 38 | 16 | 54 |
| Year 5 | 2023 | 26,854 | 36,330 | 39 | 16 | 56 |
| Year 6 | 2024 | 27,684 | 37,453 | 40 | 17 | 57 |
| Year 7 | 2025 | 28,514 | 38,575 | 42 | 17 | 59 |
| Year 8 | 2026 | 29,343 | 39,698 | 43 | 18 | 61 |
| Year 9 | 2027 | 30,173 | 40,821 | 44 | 19 | 62 |
| Year 10 | 2028 | 31,003 | 41,943 | 45 | 19 | 64 |
| *Ten-Year Increase* | | 8,298 | 11,226 | **12** | **5** | **17** |
| | | ***Growth-Related Expenditure*** | | **$439,400** | **$183,083** | **$622,483** |

## Proposed Police Impact Fees

Figure 31 details proposed Police impact fees in Fairhope. Residential fees are derived from the average number of persons per housing unit and the total cost per person. Nonresidential fees are based on average number of vehicle trip ends per 1,000 square feet of floor area and the total cost per vehicle trip end.

Cost factors for Police facilities, Police vehicles and equipment are summarized in the upper portion of Figure 31. Persons per housing unit, by dwelling type, are based on local data, as discussed in Appendix A. For nonresidential development, average number of trip ends per 1,000 square feet of floor area and corresponding adjustment factors are based on Institute of Transportation Engineers national multipliers previously discussed in this section.

To derive the proposed fee for residential development, multiply average persons per housing unit by the cost per person. For example, the fee for a single-family dwelling would be $742 (2.32 persons per housing unit x $319.47 cost per person). To derive the proposed fee for nonresidential development, multiply the trip rate per 1,000 square feet by the trip adjustment factor, then multiply by the cost per trip end. For example, the fee for commercial development is $ 1,195 per thousand square feet (37.75 vehicle trip ends per 1,000 square feet x 33% trip adjustment factor x $95.91 per vehicle trip end).

**Figure 31: Fee Schedule for Police Infrastructure**

| Fee Component | Cost per Person | Cost per Vehicle Trip |
|---|---|---|
| Police Space | $254.86 | $79.31 |
| Animal Shelter | $11.27 | $0.00 |
| Vehicles | $53.34 | $16.60 |
| **TOTAL** | **$319.47** | **$95.91** |

***Residential (per household)***

| Type of Household | Persons per Housing Unit* | Proposed Fee | Current Fee | Increase / Decrease |
|---|---|---|---|---|
| Single-Family | 2.32 | **$742** | $149 | $593 |
| Multi-Family | 1.58 | **$506** | $121 | $385 |

***Nonresidential (per 1,000 square feet)***

| Type | Trips per 1,000 Sq. Ft.** | Trip Rate Adjustment | Proposed Fee | Current Fee | Increase / Decrease |
|---|---|---|---|---|---|
| Commercial/Retail | 37.75 | 33% | **$1,195** | $218 | $977 |
| Industrial | 4.96 | 50% | **$238** | $28 | $210 |
| Office/Other Services | 9.74 | 50% | **$467** | $64 | $403 |

***Nonresidential (per room)***

| Type | Trips per Room*** | Trip Rate Adjustment | Proposed Fee | Current Fee | Increase / Decrease |
|---|---|---|---|---|---|
| Lodging | 3.35 | 50% | **$161** | $23 | $138 |

**See Figure A2.*

***See Figure A7.*

****See Figure A13.*

## Projected Revenue from Police Impact Fees

Revenue projections in Figure 32 assume implementation of the proposed Police fees and that development over the next ten years is consistent with the Land Use Assumptions described in Appendix A. To the extent the rate of development either accelerates or slows down, there will be a corresponding change in the impact fee revenue.

As shown in Figure 32, Police fee revenue is expected to total $3.72 million over the next ten years, compared to projected growth-related capital costs of $3.73 million.

**Figure 32: Capital Costs and Revenue for Police Infrastructure**

| | Growth Cost | Total Cost |
|---|---|---|
| Stations | $3,005,100 | $3,005,100 |
| Animal Shelter | $93,520 | $93,520 |
| Vehicles | $622,483 | $622,483 |
| Impact Fee Study | $17,000 | $17,000 |
| **Total Expenditures** | **$3,738,103** | **$3,738,103** |

***Projected Police Impact Fee Revenue***

| | | Single-Family | Multi-Family | Commercial /Retail | Industrial | Office/Instit. |
|---|---|---|---|---|---|---|
| | | $742 per Unit | $506 per Unit | $1,195 per KSF | $238 per KSF | $467 per KSF |
| Year | | Housing Units | Housing Units | KSF | KSF | KSF |
| Base | 2018 | 8,969 | 1,304 | 1,465 | 612 | 2,249 |
| 1 | 2019 | 9,296 | 1,348 | 1,518 | 634 | 2,331 |
| 2 | 2020 | 9,624 | 1,391 | 1,572 | 656 | 2,413 |
| 3 | 2021 | 9,951 | 1,435 | 1,625 | 679 | 2,495 |
| 4 | 2022 | 10,279 | 1,478 | 1,679 | 701 | 2,578 |
| 5 | 2023 | 10,606 | 1,521 | 1,732 | 724 | 2,660 |
| 6 | 2024 | 10,934 | 1,565 | 1,786 | 746 | 2,742 |
| 7 | 2025 | 11,262 | 1,608 | 1,840 | 768 | 2,824 |
| 8 | 2026 | 11,589 | 1,652 | 1,893 | 791 | 2,906 |
| 9 | 2027 | 11,917 | 1,695 | 1,947 | 813 | 2,989 |
| 10 | 2028 | 12,244 | 1,738 | 2,000 | 835 | 3,071 |
| *10-year Increase* | | 3,276 | 434 | 535 | 224 | 822 |
| *10-year Projected Revenue* | | $2,430,603 | $219,604 | $639,325 | $53,175 | $383,815 |
| | | | | | **Projected Revenue =>** | **$3,726,521** |
| | | | | | Surplus/Deficit => | ($11,582) |

# ROADS

## Methodology

The City of Fairhope's road impact fee is calculated using the plan-based methodology for capacity improvements and resurfacing projects. An incremental expansion methodology is used for vehicles and equipment. Costs are allocated to both residential and nonresidential development using trip generation rates by type of development and trip adjustment factors. Nonresidential trip generation rates are highest for commercial/retail development and lowest for industrial development, whereas trip rates for office/other services development fall between the other two categories. Residential trip generation rates are customized to Fairhope's residential development, as discussed in the following sections and Appendix A. Figure 33 diagrams the general methodology used to calculate the Road impact fee. It is intended to read like an outline, with lower levels providing a more detailed breakdown of the fee components.

**Figure 33: Road Impact Fee Methodology Chart**



## Vehicle Trip Generation Rates and Adjustments

Average Weekday Vehicle Trips are used as a measure of demand by land use. Vehicle trips are estimated using average weekday vehicle trip ends from the reference book, *Trip Generation, 10th Edition*, published by the Institute of Transportation Engineers (ITE) in 2017. A vehicle trip end represents a vehicle entering or exiting a development (as if a traffic counter were placed across a driveway). To calculate the impact fees, trip generation rates are adjusted to avoid double counting each trip at both the origin and destination points. The basic trip adjustment factor is 50 percent. As discussed further below, the impact fee methodology includes additional adjustments to make the fees proportionate to the infrastructure demand for particular types of development.

### Commuter Trip Rate Adjustment

Residential development has a higher trip adjustment factor of 62% to account for commuters leaving Fairhope for work. According to the 2009 National Household Travel Survey (see Table 30 of Survey) weekday work trips are typically 31 percent of production trips (i.e., all out-bound trips, which are 50 percent of all trip ends). As shown in Figure 7, the U.S. Census Bureau's OnTheMap web application indicates 78% of resident workers traveled outside of Fairhope for work in 2015. In combination, these factors (0.3099 x 0.50 x 0.779 = 0.12) support the additional 12% allocation of trips to residential development.

**Figure 34: Commuter Trip Adjustment**

| *Trip Adjustment Factors for Commuters* [1] | |
|---|---|
| Employed Residents | 6,678 |
| Residents Working and Living in Fairhope | 1,473 |
| Residents Commuting Outside Fairhope for Work | 5,205 |
| **Percent Commuting out of Fairhope** | 78% |
| | |
| ***Additional Production Trips*** [2] | ***12%*** |
| | |
| ***Residential Trip Adjustment Factor*** | ***62%*** |

*1. U.S. Census Bureau, OnTheMap Application and LEHD Origin-Destination Employment Statistics, 2015.*
*2. According to the National Household Travel Survey (2009), home-based work trips are typically 30.99% of "production" trips; in other words, out-bound trips (which are 50% of all trip ends). Also, LED OnTheMap data from 2015 indicate that 78% of Fairhope's workers travel outside the city for work. In combination, these factors (0.3099 x 0.50 x 0.779) account for 12% of additional production trips. The total adjustment factor for residential trips includes attraction trips (50% of trip ends) plus the journey-to-work commuting adjustment (12% of production trips) for a total of 62%.*
*http://nhts.ornl.gov/publications.shtml ; Summary of Travel Trends - Table 30.*

## Adjustment for Pass-by Trips

The basic trip adjustment factor of 50 percent is applied to industrial and office / other service categories. The commercial / retail category has a trip factor of less than 50 percent because this type of development attracts vehicles as they pass by on arterial and collector roads. For example, for an average size shopping center, the ITE (2017) indicates that on average 34 percent of the vehicles that enter are passing by on their way to some other primary destination. The remaining 66 percent of attraction trips have the shopping center as their primary destination. Because attraction trips are half of all trips, the trip adjustment factor (0.66 x 0.50) is approximately 33 percent of the trip ends.

## Projected Vehicle Trips Associated with New Development

Depending on component, the cost of factors used in the transportation impact fee rely on data pertaining to existing and future average daily vehicle trip generation. As shown in Figure 35, the average daily trip rates for new development prototypes are applied to the projection of new residential and nonresidential development contained in Appendix A: Land Use Assumptions. As shown in the Figure, the existing development base generates 81,836 average daily vehicle trips. These average daily vehicle trips are projected to increase by 29,792 over the next ten years, for a total of 111,628.

### Figure 35: Projection of Average Daily Vehicle Trips

| Development Type | ITE Code | Wkdy VTE | Dev Unit | Trip Adj |
|---|---|---|---|---|
| Single Family | 210 | 8.60 | HU | 62% |
| Multifamily | 210 | 4.00 | HU | 62% |
| Retail | 820 | 37.75 | KSF | 33% |
| Office | 710 | 9.74 | KSF | 50% |
| Industrial | 140 | 4.96 | KSF | 50% |

| | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 10-Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Base | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Increase |
| Single Family | 8,969 | 9,296 | 9,624 | 9,951 | 10,279 | 10,606 | 10,934 | 11,262 | 11,589 | 11,917 | 12,244 | **3,276** |
| Multifamily | 1,304 | 1,348 | 1,391 | 1,435 | 1,478 | 1,521 | 1,565 | 1,608 | 1,652 | 1,695 | 1,738 | **434** |
| Retail Floor Area (KSF) | 1,465 | 1,518 | 1,572 | 1,625 | 1,679 | 1,732 | 1,786 | 1,840 | 1,893 | 1,947 | 2,000 | **535** |
| Service Floor Area (KSF) | 2,249 | 2,331 | 2,413 | 2,495 | 2,578 | 2,660 | 2,742 | 2,824 | 2,906 | 2,989 | 3,071 | **822** |
| Industrial Floor Area (KSF) | 612 | 634 | 656 | 679 | 701 | 724 | 746 | 768 | 791 | 813 | 835 | **224** |
| Single Family | 47,880 | 49,629 | 51,378 | 53,126 | 54,875 | 56,624 | 58,373 | 60,122 | 61,870 | 63,619 | 65,368 | **17,488** |
| Multifamily | 3,239 | 3,347 | 3,454 | 3,562 | 3,670 | 3,778 | 3,885 | 3,993 | 4,101 | 4,209 | 4,317 | **1,078** |
| Retail Trips | 18,248 | 18,915 | 19,582 | 20,249 | 20,916 | 21,582 | 22,249 | 22,916 | 23,583 | 24,250 | 24,917 | **6,669** |
| Service Trips | 10,952 | 11,352 | 11,753 | 12,153 | 12,553 | 12,953 | 13,354 | 13,754 | 14,154 | 14,554 | 14,955 | **4,003** |
| Industrial Trips | 1,517 | 1,573 | 1,628 | 1,683 | 1,739 | 1,794 | 1,850 | 1,905 | 1,961 | 2,016 | 2,072 | **554** |
| **Total Vehicle Trips** | **81,836** | **84,815** | **87,794** | **90,774** | **93,753** | **96,732** | **99,711** | **102,690** | **105,669** | **108,648** | **111,628** | **29,792** |

# Road Impact Fee Components

## Road Capacity Cost Factors

The first component included in the Road impact fee is for additional construction of capacity improvements and reconstruction projects. As previously stated, a plan-based methodology is used to determine this component of the road impact fee. As shown in Figure 36, the cost of growth-related capacity projects total $5.1 million according to information provided by City staff. According to discussions with City staff, there projects would not be constructed if not for new development and redevelopment within the City. To determine the cost per demand unit the total costs ($5,105,000) is divided by the net increase in average daily vehicle trips from 2018 to 2028 (29,792) to determine a cost per vehicle trip of $171.36.

**Figure 36: Growth-Related Capacity Projects**

| Improvement | Project Cost |
|---|---|
| Gayfer Road Widening at US Hwy 98 | $300,000 |
| Manley Road Widening and Auxiliary Turn Lanes | $675,000 |
| CR48 Road Widening and Auxiliary Turn Lanes | $675,000 |
| Widening on Volanta at US Hwy 98 | $350,000 |
| Various School Access Intersections | $450,000 |
| Roundabout at N. Section/SR104/Scenic/Veterans | $130,000 |
| Intersection Improvements at S. Section and OBR | $650,000 |
| Roundabout at CR13 and Twin Beach | $950,000 |
| Signal at Quail Creek Drive | $250,000 |
| Morphy and CR Signalization/Roundabout | $675,000 |
| | **$5,105,000** |

| | |
|---|---|
| Growth-Related Cost | $5,105,000 |
| 10-Year Vehicle Trip Increase | 29,792 |
| **Average Cost per VMT** | **$171.36** |

*Source: Town of Fairhope*

## Road Reconstruction Cost Factors

The Impact Fee Act specific to Baldwin County allows for the imposition of an impact fee for road resurfacing and reconstruction. Therefore, the second component included in the Road impact fee is for reconstruction projects, which utilizes a plan-based methodology. As shown in Figure 37, the City plans to spend $4.15 million on resurfacing projects over the next ten years. Since this level of funding exceeds what the City is presently committing to its resurfacing program, TischlerBise is allocating the cost of this planned program ($4.15 million) to total vehicle trips in 2028 (111,628) to ensure that all development is treated equally, thereby ensuring new development is not charged for a higher level of service than what exists today. This results in a cost per vehicle trip of $37.18.

**Figure 37: Road Reconstruction Projects**

| *Improvement* | *Project Cost* |
|---|---|
| Citywide Resurfacing FY19-20 | $325,000 |
| Citywide Resurfacing FY20-21 | $325,000 |
| Citywide Resurfacing FY21-22 | $325,000 |
| Citywide Resurfacing FY22-23 | $325,000 |
| Citywide Resurfacing FY23-24 | $325,000 |
| Citywide Resurfacing FY24-25 | $325,000 |
| Citywide Resurfacing FY25-26 | $325,000 |
| Citywide Resurfacing FY26-27 | $950,000 |
| Citywide Resurfacing FY27-28 | $250,000 |
| Citywide Resurfacing FY28-29 | $675,000 |
| | **$4,150,000** |

| | |
|---|---|
| Total Costs | $4,150,000 |
| 2028 Average Daily Vehicle Trips | 111,628 |
| **Average Cost per VMT** | **$37.18** |

*Source: Town of Fairhope*

## Road Vehicles and Equipment Cost Factors

The Road impact fee also contains a vehicles and equipment component. As previously stated, the incremental expansion methodology is used to determine this portion of the impact fees. As shown in Figure 38, the fee study assesses residential and nonresidential level of service standards based on vehicle trip ends in 2018. To determine the existing level of service, the current number of vehicles and equipment (13) is divided by the current average day vehicle trips in Fairhope (30,717). This equates to a level of service standard of 0.00016 items per vehicle trip.

As shown in Figure 38, the average cost per item is $115,307. When the existing level of service standard (0.00016) is multiplied by the average cost per item ($115,307), the resulting cost per demand unit is $18.32 per vehicle trip.

**Figure 38: Road Reconstruction Projects**

| Vehicle | Units | Cost per Unit | Total Replacement Cost |
|---|---|---|---|
| Auto Garbage Truck | 1 | $239,249 | $239,249 |
| Trash Loader Truck | 1 | $149,900 | $149,900 |
| Recycle Packer Truck | 1 | $154,839 | $154,839 |
| Loader for Transfer Sta | 1 | $170,000 | $170,000 |
| Dump Truck | 1 | $170,000 | $170,000 |
| Back Hoe | 1 | $165,000 | $165,000 |
| Trailer | 2 | $2,000 | $4,000 |
| Concrete Grinder | 1 | $3,000 | $3,000 |
| Excavator | 1 | $218,000 | $218,000 |
| Loader | 1 | $170,000 | $170,000 |
| Work Trucks | 2 | $27,500 | $55,000 |
| TOTAL | 13 | $115,307 | $1,498,988 |

***Level-of-Service (LOS) Standards***

| | |
|---|---|
| Vehicle Trips in 2018 | 81,836 |
| **LOS: Vehicles per Trip** | **0.00016** |

***Cost Analysis***

| | |
|---|---|
| Average Cost per Vehicle | $115,307 |
| LOS: Vehicles per Trip | 0.00016 |
| **Cost per Trip** | **$18.32** |

**Source: City of Fairhope.*

## Road Impact Fees

Input variables for the road impact fee are shown in the upper section of Figure 39. Attraction trips by type of development are multiplied by the appropriate trip adjustment factor and the cost per vehicle trip to yield the road impact fees. For example, to derive the road impact fee for a single-family housing unit the trip rate of 8.60 x 0.62 (adjustment factor) = 5.33 adjusted trips. The adjusted trip rate of 5.33 is multiplied by the cost per vehicle trip ($226.85) for an impact fee amount of $1,211 (truncated) per unit. Fees for nonresidential development are listed per 1,000 square feet of floor area.

**Figure 39. Fee Schedule for Road Infrastructure**

| | | | | | |
|---|---|---|---|---|---|
| **Input Variables** | Cost per Trip for Capacity Projects => | | $171 | | |
| | Cost per Trip for Resurfacing Projects => | | $37 | | |
| | Cost per Trip for Vehicles => | | $18 | | |
| | **Capital Cost per Vehicle Trip** | | **$226.85** | | |
| ***Development Type*** | ***Avg Wkdy Vehicle Trip Ends*** | ***Trip Rate Adjustment*** | ***Road Impact Fee*** | ***Current Fees*** | ***Increase or*** |
| **Residential (per dwelling)** | | | | | |
| Single-Family | 8.60 | 62% | **$1,211** | $945 | $266 |
| Multi-Famiy | 4.00 | 62% | **$563** | $663 | ($100) |
| **Nonresidential (per 1,000 Square Feet of Floor Area)** | | | | | |
| Retail | 37.75 | 33% | **$2,826** | $4,443 | ($1,617) |
| Office/Institutional | 9.74 | 50% | **$1,104** | $1,296 | ($192) |
| Industrial | 4.96 | 50% | **$562** | $577 | ($15) |
| **Nonresidential (per Room)** | | | | | |
| Lodging | 3.35 | 50% | **$379** | $466 | ($87) |

**See Figure A2.*

***See Figure A7.*

****See Figure A13.*

## Projected Revenue from Road Impact Fees

Revenue projections in Figure 40 assume implementation of the proposed Road fees and that development over the next ten years is consistent with the Land Use Assumptions described in Appendix A. To the extent the rate of development either accelerates or slows down, there will be a corresponding change in the impact fee revenue.

As shown in Figure 32, Road fee revenue is expected to total $7.73 million over the next ten years, compared to projected capital costs of $9.8 million.

**Figure 40: Capital Costs and Revenue for Road Infrastructure**

| | Growth Cost | Total Cost |
|---|---|---|
| Capacity Projects | $5,105,000 | $5,105,000 |
| Resurfacing Projects | $1,510,763 | $4,150,000 |
| Vehicles | $545,691 | $545,691 |
| **Total Expenditures** | **$7,161,454** | **$9,800,691** |

***Projected Road Impact Fee Revenue***

| | | Single-Family | Multi-Family | Commercial/ Retail | Industrial | Office/Instit. |
|---|---|---|---|---|---|---|
| | | $1,211 per Unit | $563 per Unit | $4,734 per KSF | $562 per KSF | $1,104 per KSF |
| *Year* | | *Housing Units* | *Housing Units* | *KSF* | *KSF* | *KSF* |
| Base | 2018 | 8,969 | 1,304 | 1,465 | 612 | 2,249 |
| 1 | 2019 | 9,296 | 1,348 | 1,518 | 634 | 2,331 |
| 2 | 2020 | 9,624 | 1,391 | 1,572 | 656 | 2,413 |
| 3 | 2021 | 9,951 | 1,435 | 1,625 | 679 | 2,495 |
| 4 | 2022 | 10,279 | 1,478 | 1,679 | 701 | 2,578 |
| 5 | 2023 | 10,606 | 1,521 | 1,732 | 724 | 2,660 |
| 6 | 2024 | 10,934 | 1,565 | 1,786 | 746 | 2,742 |
| 7 | 2025 | 11,262 | 1,608 | 1,840 | 768 | 2,824 |
| 8 | 2026 | 11,589 | 1,652 | 1,893 | 791 | 2,906 |
| 9 | 2027 | 11,917 | 1,695 | 1,947 | 813 | 2,989 |
| 10 | 2028 | 12,244 | 1,738 | 2,000 | 835 | 3,071 |
| *10-year Increase* | | 3,276 | 434 | 535 | 224 | 822 |
| *10-year Projected Revenue* | | $3,966,927 | $244,342 | $2,532,690 | $125,642 | $907,348 |
| | | | | | **Projected Revenue =>** | **$7,776,948.76** |
| | | | | | Surplus/Deficit => | ($2,023,742) |

# APPENDIX A: LAND USE ASSUMPTIONS

The City of Fairhope, Alabama, retained TischlerBise to analyze the impacts of development on its capital facilities and prepare impact fees based on that analysis. The population, housing unit, and job projections contained in this document provide the foundation for the impact fee study. To evaluate demand for growth-related infrastructure from various types of development, TischlerBise prepared documentation on demand indicators by type of housing unit, jobs and floor area by type of nonresidential development, and average weekday vehicle trip generation rates. These metrics (explained further below) are the service units and demand indicators used in the impact fee study.

Impact fees are based on the need for growth-related improvements, and they must be proportionate by type of land use. The demographic data and development projections are used to demonstrate proportionality and to anticipate the need for future infrastructure. These metrics are used to allocate costs of development equitably among various types of development. Demographic data reported by the U.S. Census Bureau, Esri Business Analyst, and data provided by Fairhope staff, are used to calculate base year estimates and annual projections. Impact fee studies typically consider a ten year horizon, with the expectation that fees will be updated every three to five years.

## Residential Development

Shown below, Figure 1 indicates the estimated number of housing units added by decade according to data obtained from the U.S. Census Bureau. From 2000 to 2010, Fairhope's housing inventory increased by an average of 166 units per year. From 2010 to 2020, anticipated growth in the City of Fairhope's housing inventory is approximately 336 units per year. Fairhope is currently the fastest growing city in Alabama, and growth is expected to continue in the coming years.

**Figure A1: Housing Units by Decade**

| | |
|---|---|
| Census 2010 Population[1] | 15,326 |
| Census 2010 Housing Units[1] | 7,659 |
| Total Housing Units in 2000[2] | 6,000 |
| New Housing Units 2000 to 2010 | 1,659 |

From 2000 to 2010, Fairhope added an average of 166 housing units per year. From 2010 to 2020, Fairhope expects to add an average of 336 housing units per year.




*1. U.S. Census Bureau, Census 2010 Summary File 1.*

*2. Census Bureau, Census 2000 Summary File 1.*

Source for 1990s and earlier is Table B25034, American Community Survey, 2016, adjusted to yield total units in 2000.

## Persons Per Housing Unit

According to the U.S. Census Bureau, a household is a housing unit occupied by year-round residents. Development fees often use per capita standards and persons per housing unit (PPHU) or persons per household (PPH) to derive proportionate share fee amounts. When PPHU is used in the fee calculations, infrastructure standards are derived using year-round population. When PPH is used in the fee calculations, the development fee methodology assumes a higher percentage of housing units will be occupied, thus requiring seasonal or peak population to be used when deriving infrastructure standards. **TischlerBise recommends that impact fees for residential development in Fairhope be imposed according to the number of year-round residents per housing unit.** This methodology assumes some portion of the housing stock will be vacant during the course of a year. According to the U.S. Census Bureau American Community Survey, Fairhope's vacancy rate was 15.5% in 2016.

Persons per housing unit (PPHU) calculations require data on population and the types of units by structure. The 2010 census did not obtain detailed information using a "long-form" questionnaire. Instead, the U.S. Census Bureau switched to a continuous monthly mailing of surveys, known as the American Community Survey (ACS), which has limitations due to sample-size constraints. For example, data on detached housing units are now combined with attached single units (commonly known as townhouses). For development fees in Fairhope, detached stick-built units and attached units (commonly known as townhouses, which share a common sidewall, but are constructed on an individual parcel of land) are included in the "Single-Family Unit" category. The second residential category includes duplexes and all other structures with two or more units on an individual parcel of land. This category is referred to as "Multi-Family Unit." (Note: housing unit estimates from ACS will not equal decennial census counts of units. These data are used only to derive the custom PPHU factors for each type of unit).

Figure A2 below shows the 2012-2016 5-year ACS estimates for Fairhope. Single-family units averaged 2.32 persons per housing unit (15,823 persons / 6,811 housing units) and multi-family units averaged 1.58 persons per housing unit (1,947 persons / 1,229 housing units). In 2016, Fairhope's housing stock averaged 2.21 persons per housing unit.

**Figure A2: Persons per Housing Unit**

| *Units in Structure* | *Persons* | *Households* | *Persons per Household* | *Housing Units* | *Persons per Housing Unit* | *Housing Mix* | *Vacancy Rate* [4] |
|---|---|---|---|---|---|---|---|
| Single-Family Units[1] | 15,823 | 5,953 | 2.66 | 6,811 | **2.32** | 85% | 12.6% |
| Multi-Family Units[2] | 1,947 | 838 | 2.32 | 1,229 | **1.58** | 15% | 31.8% |
| Subtotal | 17,770 | 6,791 | 2.62 | 8,040 | **2.21** | | 15.5% |
| Group Quarters | 226 | | | | | | |
| Total | 17,996 | | | | | | |

*Source: U.S. Census Bureau, 2016 American Community Survey, Tables B25024, B25032, B25033, and B26001.*
*1. Includes detached and attached units (i.e. townhouses), and mobile homes.*
*2. Includes dwellings in structures with two or more units.*
*4. Includes units for seasonal, recreational, or occasional use, which account for approximately 16% of vacancies.*

## Current Estimate of Population and Housing Units

TischlerBise estimates the current number of housing units by combining 2010 Census data with building permit data provided by City of Fairhope staff. The total number of housing units as of April 1, 2010, was 7,659. The 2010 Census does not provide a count of housing units by type, therefore the 2010 housing unit estimate is allocated by type based on the housing mix provided by the 2010 American Community Survey, which suggests that 86% of units are single-family, and 14% of units are multi-family. Figure 3 details the number of single-family units permitted between April 2010 and December 2013. The City of Fairhope provided the total number of housing units permitted between 2014 and November of 2017 (a 47 month period of time) by housing unit type, as shown in Figure 4.

**Figure A3: Annual Building Permits, 2009 – 2014**

| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 [1] |
|---|---|---|---|---|---|---|
| SF Permits | 101 | 138 | 144 | 248 | 268 | 86 |

*Source: City of Fairhope Building Department.*
*1. Through April 2014.*

**Figure A4: Residential Building Permits, January 2014 – November 2017**

| Permit Type | # of Permits |
|---|---|
| Single-Family | 1,283 |
| Two-Family | 81 |
| Three/Four Family | 87 |
| Five or More | 2 |
| TOTAL | 1,453 |

*Source: City of Fairhope.*

TischlerBise derives the average annual number of single-family and multi-family permits by calculating the average number of permits per month. For example, a total of 1,283 single-family units were permitted over 47 months (1,283 units / 47 months), resulting in an average of 27 per month. These calculations result in an estimated 10,273 housing units in 2018, which represents the base year in this study.

**Figure A5: Housing Unit Estimate**

| | 2010 [1] | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|
| Single-Family | 6,671 | 6,815 | 7,063 | 7,331 | 7,658 | 7,986 | 8,313 | 8,641 | 8,969 |
| Multi-Family | 1,087 | 1,087 | 1,087 | 1,087 | 1,131 | 1,174 | 1,218 | 1,261 | 1,304 |
| TOTAL | 7,758 | 7,902 | 8,150 | 8,418 | 8,789 | 9,160 | 9,531 | 9,902 | 10,273 |

*1. U.S. Census Bureau, 2010 Census, adjusted for units permitted after April 1, 2010.*

TischlerBise derives the current population estimate by applying the PPHU factor, shown in Figure 2, to the current estimate of housing units. This results in a 2018 population of 22,704 persons (10,273 housing units x 2.21 persons per housing unit).

## Lodging Room Visitor Population

For Parks and Recreation infrastructure, demand is also driven by guests staying in the City's hotel and motel rooms. TischlerBise derives the visitor population in these rooms based on the number of hotel/motel rooms located in the City and data published by the American Hotel and Lodging Association. As shown in Figure A6, Fairhope has a total of 660 lodging rooms among six different facilities in 2018.

**Figure A6: Lodging Room Inventory**

| Facility | Rooms |
|---|---|
| Key West Inn Fairhope | 54 |
| Fairhope Point Clear Holiday Inn Express | 72 |
| Hampton Inn Fairhope - Mobile Bay | 89 |
| Barons Inn | 36 |
| Emma's Bayhouse | 4 |
| Grand Hotel Marriott | 405 |
| TOTAL | 660 |

According to the AHLA's *Lodging Industry Trends, 2015,* the average number of guests per room per night is 1.50 persons. To calculate peak population from lodging rooms, the 660 rooms in Fairhope are multiplied by the peak occupancy rate and persons per room factor (660 rooms x 87.09 percent occupancy x 1.50 persons per room). This generates a peak lodging room visitor population of 860 persons in 2018. No projections are made regarding hotel and motel development, therefore the visitor population is held constant throughout the study period. The peak lodging room visitor population is used to calculate level-of-service standards and cost per person for the Parks and Recreation component of the impact fee study.

**Figure A7: Lodging Room Visitor Peak Population – City of Fairhope**

| | |
|---|---|
| Lodging Rooms[1] | 660 |
| Persons per Room[2] | 1.50 |
| Peak Occupancy Rate[3] | 87.09% |
| Lodging Visitor Peak Population | 860 |

*1. TischlerBise survey of hotels/motels in Fairhope, Alabama.*
*2. TischlerBise calculation based on AHLA Lodging Industry Trends, 2015.*
*3. U.S. Census Bureau 2016 American Community Survey.*

## Projected Population and Housing Units

To project future housing development, this analysis holds the average annual increase in housing units between 2014 and 2017 constant over the ten-year impact fee study horizon. As shown in Figures A4 and A5, during this time period, the average annual number of single-family permits is 328 and the average annual number of multi-family permits is 43. This results in an estimated total increase of 3,710 housing units. This study holds the PPHU factors derived in Figure 2 constant throughout the ten-year time horizon. Applying the PPHU factors to the annual increase in housing units results in an estimated total increase of 8,298 persons over the next ten years.

**Figure A8: Residential Development Projections**

| | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2028 | 10-Year |
|---|---|---|---|---|---|---|---|---|
| | Base Yr | 1 | 2 | 3 | 4 | 5 | 10 | Increase |
| ***POPULATION*** | 22,705 | 23,535 | 24,365 | 25,194 | 26,024 | 26,854 | 31,003 | 8,298 |
| ***PEAK PARK POPULATION*** | 23,566 | 24,395 | 25,225 | 26,055 | 26,885 | 27,714 | 31,863 | 8,298 |
| ***HOUSING UNITS*** | | | | | | | | |
| Single-Family | 8,969 | 9,296 | 9,624 | 9,951 | 10,279 | 10,606 | 12,244 | 3,276 |
| Multi-Family | 1,304 | 1,348 | 1,391 | 1,435 | 1,478 | 1,521 | 1,738 | 434 |
| Total Housing Units | 10,273 | 10,644 | 11,015 | 11,386 | 11,757 | 12,128 | 13,983 | 3,710 |

| | 2018-19 | 2019-20 | 2020-21 | 2021-22 | 2022-23 | 2027-28 | 10-Yr Avg |
|---|---|---|---|---|---|---|---|
| ***ANNUAL INCREASE*** | 1 | 2 | 3 | 4 | 5 | 10 | Annual |
| Population | 830 | 830 | 830 | 830 | 830 | 830 | 830 |
| Single-Family | 328 | 328 | 328 | 328 | 328 | 328 | 328 |
| Multi-Family | 43 | 43 | 43 | 43 | 43 | 43 | 43 |
| Total Housing Units | 371 | 371 | 371 | 371 | 371 | 371 | 371 |

## Nonresidential Development

In addition to data on residential development, the calculation of development impact fees requires data on nonresidential development. TischlerBise uses the term "jobs" to refer to employment by place of work. In Figure A9, gray shading indicates the nonresidential development prototypes used by TischlerBise to derive nonresidential floor area and average weekday vehicle trips.

The prototype for future commercial/retail development is an average-size Shopping Center (ITE 820). Commercial/retail development (i.e. retail and eating / drinking places) is assumed to average 427 square feet per job. For future industrial/flex development, Light Industrial (ITE 110) is a reasonable proxy with an average of 615 square feet per job. For office/institutional development, General Office (ITE 710) is the prototype for future development, with an average of 337 square feet per job.

**Figure A9: Nonresidential Service Units per Development Unit**

| ITE Code | Land Use | Demand Unit | Wkdy Trip Ends Per Dmd Unit* | Wkdy Trip Ends Per Employee* | Emp Per Dmd Unit | Sq Ft Per Emp |
|---|---|---|---|---|---|---|
| 110 | Light Industrial | 1,000 Sq Ft | 4.96 | 3.05 | 1.63 | 615 |
| 130 | Industrial Park | 1,000 Sq Ft | 3.37 | 2.91 | 1.16 | 864 |
| 140 | Manufacturing | 1,000 Sq Ft | 3.93 | 2.47 | 1.59 | 628 |
| 150 | Warehousing | 1,000 Sq Ft | 1.74 | 5.05 | 0.34 | 2,902 |
| 254 | Assisted Living | bed | 2.60 | 4.24 | 0.61 | na |
| 310 | Hotel | bed | 8.36 | 14.34 | 0.58 | na |
| 320 | Motel | room | 3.35 | 25.17 | 0.13 | na |
| 520 | Elementary School | 1,000 Sq Ft | 19.52 | 21.00 | 0.93 | 1,076 |
| 530 | High School | 1,000 Sq Ft | 14.07 | 22.25 | 0.63 | 1,581 |
| 540 | Community College | student | 1.15 | 14.61 | 0.08 | na |
| 550 | University/College | student | 1.56 | 8.89 | 0.18 | na |
| 565 | Day Care | student | 4.09 | 21.38 | 0.19 | na |
| 610 | Hospital | 1,000 Sq Ft | 10.72 | 3.79 | 2.83 | 354 |
| 620 | Nursing Home | 1,000 Sq Ft | 6.64 | 2.91 | 2.28 | 438 |
| 710 | General Office (avg size) | 1,000 Sq Ft | 9.74 | 3.28 | 2.97 | 337 |
| 760 | Research & Dev Center | 1,000 Sq Ft | 11.26 | 3.29 | 3.42 | 292 |
| 770 | Business Park | 1,000 Sq Ft | 12.44 | 4.04 | 3.08 | 325 |
| 820 | Shopping Center (avg size) | 1,000 Sq Ft | 37.75 | 16.11 | 2.34 | 427 |

* *Trip Generation, Institute of Transportation Engineers, 10th Edition (2017).*

## Current Estimate of Nonresidential Floor Area and Employment

Esri Business Analyst published data on employment by industry sector for the City of Fairhope. To derive current nonresidential floor area and employment, TischlerBise uses Esri Business Analyst's employment estimates and jobs to population ratio, which estimates 49 jobs per every 100 persons in Fairhope. This ratio results in an estimated 11,099 jobs in Fairhope in 2018. Each sector's jobs total is multiplied by the ITE average square footage per employee factors shown in Figure A8. This results in a base year estimate of approximately 1.465 million square feet of commercial/retail development (3,431 jobs x 427 square feet per job), 2.249 million square feet of office/institutional development (6,673 jobs x 337 square feet per job), and 0.612 million square feet of industrial/flex development (995 jobs x 615 square feet per job). Estimated floor area totals 4.325 million square feet.

**Figure A10: Estimated Nonresidential Floor Area and Employment**

| Industry Sector | 2018 Jobs [1] | Share of Total Jobs | SF per Employee [2] | 2018 Estimated Floor Area | Jobs per 1,000 SF |
|---|---|---|---|---|---|
| Commercial/Retail[3] | 3,431 | 31% | 427 | 1,464,825 | 2.34 |
| Office/Institutional[4] | 6,673 | 60% | 337 | 2,248,912 | 2.97 |
| Industrial/Flex[5] | 995 | 9% | 615 | 611,740 | 1.63 |
| TOTAL | 11,099 | 100% | | 4,325,477 | |

1. *Esri Business Summary, Fairhope City, AL.*
2. *Trip Generation, Institute of Transportation Engineers, 10th Edition (2017).*
3. *Major sector is Eating & Drinking places.*
4. *Major sectors are Health Services and Other Services.*
5. *Major sector is Wholesale Trade.*

## Projected Nonresidential Floor Area and Employment

To project future employment, the job to population ratio in the base year is held constant over the ten-year time horizon. When comparing base year population and employment, there are approximately 49 jobs for every 100 persons in Fairhope in 2018. TischlerBise converts employment projections to nonresidential square footage using the ITE factors discussed in Figures A8 and A9. Projected nonresidential development over the next ten years results in an increase of 4,056 jobs and 1.581 million square feet of floor area.

**Figure A11: Nonresidential Development Projections**

| | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2028 | 10-Year |
|---|---|---|---|---|---|---|---|---|
| | Base Yr | 1 | 2 | 3 | 4 | 5 | 10 | Increase |
| ***EMPLOYMENT BY TYPE*** | | | | | | | | |
| Commercial/Retail | 3,431 | 3,556 | 3,681 | 3,807 | 3,932 | 4,057 | 4,684 | 1,254 |
| Office/Institutional | 6,673 | 6,917 | 7,161 | 7,405 | 7,649 | 7,893 | 9,112 | 2,439 |
| Industrial/Flex | 995 | 1,031 | 1,067 | 1,104 | 1,140 | 1,176 | 1,358 | 364 |
| Total Employment | 11,099 | 11,504 | 11,910 | 12,315 | 12,721 | 13,127 | 15,155 | 4,056 |
| ***NONRES. FLOOR AREA (X 1,000 SF)*** | | | | | | | | |
| Commercial/Retail | 1,465 | 1,518 | 1,572 | 1,625 | 1,679 | 1,732 | 2,000 | 535 |
| Office/Institutional | 2,249 | 2,331 | 2,413 | 2,495 | 2,578 | 2,660 | 3,071 | 822 |
| Industrial/Flex | 612 | 634 | 656 | 679 | 701 | 724 | 835 | 224 |
| Total Nonres. Floor Area | 4,325 | 4,484 | 4,642 | 4,800 | 4,958 | 5,116 | 5,906 | 1,581 |

| | 2018-19 | 2019-20 | 2020-21 | 2021-22 | 2022-23 | 2023-24 | 10-Yr Avg |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | Annual |
| ***ANNUAL INCREASE*** | | | | | | | |
| Employment | 406 | 406 | 406 | 406 | 406 | 406 | 406 |
| Commercial/Retail KSF | 54 | 54 | 54 | 54 | 54 | 54 | 54 |
| Office/Institutional KSF | 82 | 82 | 82 | 82 | 82 | 82 | 82 |
| Industrial/Flex KSF | 22 | 22 | 22 | 22 | 22 | 22 | 22 |
| Total Nonres. Floor Area KSF | 158 | 158 | 158 | 158 | 158 | 158 | 158 |

## Average Weekday Vehicle Trips

Average Weekday Vehicle Trips are used as a measure of demand by land use. Vehicle trips are estimated using average weekday vehicle trip ends from the reference book, *Trip Generation, 10th Edition*, published by the Institute of Transportation Engineers (ITE) in 2017. A vehicle trip end represents a vehicle entering or exiting a development (as if a traffic counter were placed across a driveway).

### Trip Rate Adjustments

Trip generation rates require an adjustment factor to avoid double counting each trip at both the origin and destination points. Therefore, the basic trip adjustment factor is 50 percent. As discussed further below, the development impact fee methodology includes additional adjustments to make the fees proportionate to the infrastructure demand for particular types of development.

### Commuter Trip Adjustment

Residential development has a trip adjustment factor of 62% to account for commuters leaving Fairhope for work. According to the 2009 National Household Travel Survey (see Table 30) weekday work trips are typically 31 percent of production trips (i.e., all out-bound trips, which are 50 percent of all trip ends). As shown in Figure A12, the U.S. Census Bureau's OnTheMap web application indicates 78% of resident workers traveled outside of Fairhope for work in 2015. In combination, these factors (0.3099 x 0.50 x 0.779 = 0.12) support the additional 12% allocation of trips to residential development.

**Figure A12: Commuter Trip Adjustment**

| *Trip Adjustment Factors for Commuters* [1] | |
|---|---|
| Employed Residents | 6,678 |
| Residents Working and Living in Fairhope | 1,473 |
| Residents Commuting Outside Fairhope for Work | 5,205 |
| **Percent Commuting out of Fairhope** | 78% |
| *Additional Production Trips* [2] | *12%* |
| *Residential Trip Adjustment Factor* | *62%* |

*1. U.S. Census Bureau, OnTheMap Application and LEHD Origin-Destination Employment Statistics, 2015.*
*2. According to the National Household Travel Survey (2009), home-based work trips are typically 30.99% of "production" trips; in other words, out-bound trips (which are 50% of all trip ends). Also, LED OnTheMap data from 2015 indicate that 78% of Fairhope's workers travel outside the city for work. In combination, these factors (0.3099 x 0.50 x 0.779) account for 12% of additional production trips. The total adjustment factor for residential trips includes attraction trips (50% of trip ends) plus the journey-to-work commuting adjustment (12% of production trips) for a total of 62%.*
*http://nhts.ornl.gov/publications.shtml ; Summary of Travel Trends - Table 30.*

## Adjustment for Pass-By Trips

The basic trip adjustment factor of 50 percent is applied to industrial and office/other service categories. The commercial/retail category has a trip factor of less than 50 percent because this type of development attracts vehicles as they pass by on arterial and collector roads. For example, for an average size shopping center, the ITE (2017) indicates that on average 34 percent of the vehicles that enter are passing by on their way to some other primary destination. The remaining 66 percent of attraction trips have the shopping center as their primary destination. Because attraction trips are half of all trips, the trip adjustment factor is 66 percent multiplied by 50 percent, or approximately 33 percent of the trip ends.

## Residential Vehicle Trip Rates

As an alternative to simply using the national average trip generation rate for residential development, the Institute of Transportation Engineers (ITE) publishes regression curve formulas that may be used to derive custom trip generation rates, using local demographic data. Key independent variables needed for the analysis (i.e. vehicles available, housing units, households, and persons) are available from American Community Survey data. Shown in Figure A13, custom trip generation rates in Fairhope vary slightly from the national averages. For example, single-family residential development is expected to generate 8.60 average weekday vehicle trip ends per dwelling – compared to the national average of 9.44 (ITE 210). Multi-family residential development is expected to generate 4.00 average weekday vehicle trip ends per dwelling, compared to the national average of 5.44 (ITE 221).

### Figure A13: Average Weekday Vehicle Trip Ends by Housing Type

| | *Vehicles Available* | *Households by Structure Type*[2] | | | *Vehicles per Household by Tenure* |
|---|---|---|---|---|---|
| | | *Single-Family Units** | *Multi-Family Units* | *Total HHs* | |
| Owner-occupied | 9,723 | 4,830 | 91 | 4,921 | 1.98 |
| Renter-occupied | 2,754 | 1,123 | 747 | 1,870 | 1.47 |
| TOTAL | ***12,477*** | ***5,953*** | ***838*** | ***6,791*** | ***1.84*** |
| Housing Units (6) => | | 6,811 | 1,229 | 8,040 | |
| *Persons per Housing Unit =>* | | *2.32* | *1.58* | *2.21* | |

| | *Persons in Household*[3] | *Trip Ends*[4] | *Vehicles by Type of Housing* | *Trip Ends*[5] | *Average Trip Ends* | *Trip Ends per Housing Unit* | |
|---|---|---|---|---|---|---|---|
| | | | | | | *Fairhope* | *ITE* |
| Single-Family Units | 15,823 | 44,078 | 11,197 | 72,979 | 58,528 | 8.60 | 9.44 |
| Multi-Family Units | 1,947 | 4,378 | 1,280 | 5,336 | 4,857 | 4.00 | 5.44 |
| TOTAL | ***17,770*** | ***48,455*** | ***12,477*** | ***78,315*** | ***63,385*** | ***7.90*** | |

**Includes Single Family Detached, Single Family Attached, and Manufactured Homes.*
*1. Vehicles available by tenure from Table B25046, 2016 American Community Survey 5-Year Estimates.*
*2. Households by tenure and units in structure from Table B25032, 2016 American Community Survey 5-Year Estimates.*
*3. Persons by units in structure from Table B25033, 2016 American Community Survey 5-Year Estimates.*
*4. Vehicle trip ends based on persons using formulas from Trip Generation (ITE 2017). For Single-Family housing (ITE 210), the fitted curve equation is EXP(0.89*LN(persons)+1.72). To approximate the average population of the ITE studies, persons were divided by 28.4 and the equation result multiplied by 28.4. For Multi-Family housing (ITE 221), the fitted curve eqation is (2.29*persons)-81.02.*
*5. Vehicle trip ends based on vehicles available using formulas from Trip Generation (ITE 2017). For Single-Family housing (ITE 210), the fitted curve equation is EXP(0.99*LN(vehicles)+1.93). To approximate the average number of vehicles in the ITE studies, vehicles available were divided by 43.6 and the equation result multiplied by 43.6. For Multi-Family housing (ITE 220), the fitted curve equation is (3.94*vehicles)+293.58 (ITE 2012).*
*6. Housing units from Table B25024, 2016 American Community Survey 5-Year Estimates.*

## Functional Population

TischlerBise recommends functional population to allocate the cost of certain facilities to residential and nonresidential development. As shown in Figure A14, functional population accounts for people living and working in a jurisdiction. OnTheMap is a web-based mapping and reporting application that shows where workers are employed and where they live. It describes geographic patterns of jobs by their employment locations and residential locations as well as the connections between the two locations. OnTheMap was developed through a unique partnership between the U.S. Census Bureau and its Local Employment Dynamics (LED) partner states.

Residents that do not work are assigned 20 hours per day to residential development and four hours per day to nonresidential development (annualized averages). Residents that work in Lone Tree are assigned 14 hours to residential development and 10 hours to nonresidential development. Residents that work outside Lone Tree are assigned 14 hours to residential development. Inflow commuters are assigned 10 hours to nonresidential development. Based on 2015 functional population data for Fairhope, the cost allocation for residential development is 70% while nonresidential development accounts for 30% of the demand for municipal facilities.

**Figure A14: Functional Population**

| *Demand Units in 2015* | | | | *Demand Hours/Day* | *Person Hours* | *Proportionate Share* |
|---|---|---|---|---|---|---|
| Residential | | | | | | |
| Estimated Residents | 17,309 | | | | | |
| Residents Not Working | | 10,631 | | 20 | 212,620 | |
| Employed Residents | | 6,678 | | | | |
| Employed in Service Area | | | 1,473 | 14 | 20,622 | |
| Employed outside Service Area | | | 5,205 | 14 | 72,870 | |
| | | | *Residential Subtotal* | | 306,112 | ***70%*** |
| Nonresidential | | | | | | |
| Non-working Residents | | 10,631 | | 4 | 42,524 | |
| Jobs in Service Area | | 8,635 | | | | |
| Residents Employed in Service Area | | | 1,473 | 10 | 14,730 | |
| Nonresident Workers (Inflow Commuters) | | | 7,162 | 10 | 71,620 | |
| | | | *Nonresidential Subtotal* | | 128,874 | ***30%*** |
| | | | | TOTAL | 434,986 | ***100%*** |

*Source: U.S. Census Bureau ACS 2015 population estimate; U.S. Census Bureau OnTheMap 6.1.1 Web Application, 2015.*

## Development Projections

Provided below is a summary of cumulative development projections used in the development impact fee study. Base year estimates for 2018 are used in the development impact fee calculations. Development projections are used to illustrate a possible future pace of demand for service units and cash flows resulting from revenues and expenditures associated with those demands.

**Figure A15: Development Projections Summary**

| | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 10-Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Base Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Increase |
| **POPULATION** | 22,705 | 23,535 | 24,365 | 25,194 | 26,024 | 26,854 | 27,684 | 28,514 | 29,343 | 30,173 | 31,003 | 8,298 |
| **PEAK PARK POPULATION** | 23,566 | 24,395 | 25,225 | 26,055 | 26,885 | 27,714 | 28,544 | 29,374 | 30,204 | 31,034 | 31,863 | 8,298 |
| **HOUSING UNITS** | | | | | | | | | | | | |
| Single-Family | 8,969 | 9,296 | 9,624 | 9,951 | 10,279 | 10,606 | 10,934 | 11,262 | 11,589 | 11,917 | 12,244 | 3,276 |
| Multi-Family | 1,304 | 1,348 | 1,391 | 1,435 | 1,478 | 1,521 | 1,565 | 1,608 | 1,652 | 1,695 | 1,738 | 434 |
| **Total Housing Units** | 10,273 | 10,644 | 11,015 | 11,386 | 11,757 | 12,128 | 12,499 | 12,870 | 13,241 | 13,612 | 13,983 | 3,710 |
| ***EMPLOYMENT BY TYPE*** | | | | | | | | | | | | |
| Commercial/Retail | 3,431 | 3,556 | 3,681 | 3,807 | 3,932 | 4,057 | 4,183 | 4,308 | 4,433 | 4,559 | 4,684 | 1,254 |
| Office/Institutional | 6,673 | 6,917 | 7,161 | 7,405 | 7,649 | 7,893 | 8,137 | 8,380 | 8,624 | 8,868 | 9,112 | 2,439 |
| Industrial/Flex | 995 | 1,031 | 1,067 | 1,104 | 1,140 | 1,176 | 1,213 | 1,249 | 1,286 | 1,322 | 1,358 | 364 |
| **Total Employment** | 11,099 | 11,504 | 11,910 | 12,315 | 12,721 | 13,127 | 13,532 | 13,938 | 14,343 | 14,749 | 15,155 | 4,056 |
| ***NONRES. FLOOR AREA (X 1,000 SF)*** | | | | | | | | | | | | |
| Commercial/Retail | 1,465 | 1,518 | 1,572 | 1,625 | 1,679 | 1,732 | 1,786 | 1,840 | 1,893 | 1,947 | 2,000 | 535 |
| Office/Institutional | 2,249 | 2,331 | 2,413 | 2,495 | 2,578 | 2,660 | 2,742 | 2,824 | 2,906 | 2,989 | 3,071 | 822 |
| Industrial/Flex | 612 | 634 | 656 | 679 | 701 | 724 | 746 | 768 | 791 | 813 | 835 | 224 |
| **Total Nonres. Floor Area** | 4,325 | 4,484 | 4,642 | 4,800 | 4,958 | 5,116 | 5,274 | 5,432 | 5,590 | 5,748 | 5,906 | 1,581 |

# APPENDIX B: LAND USE DEFINITIONS

## Residential Development

As discussed below, residential development categories are based on data from the U.S. Census Bureau, American Community Survey. Fairhope will collect development fees from all new residential units. One-time development fees are determined by site capacity (i.e. number of residential units).

**Single-Family:**

1. Single-family detached is a one-unit structure detached from any other house, that is, with open space on all four sides. Such structures are considered detached even if they have an adjoining shed or garage. A one-family house that contains a business is considered detached as long as the building has open space on all four sides.
2. Single-family attached (townhouse) is a one-unit structure that has one or more walls extending from ground to roof separating it from adjoining structures. In row houses (sometimes called townhouses), double houses, or houses attached to nonresidential structures, each house is a separate, attached structure if the dividing or common wall goes from ground to roof.
3. Mobile home includes both occupied and vacant mobile homes, to which no permanent rooms have been added, are counted in this category. Mobile homes used only for business purposes or for extra sleeping space and mobile homes for sale on a dealer's lot, at the factory, or in storage are not counted in the housing inventory.

**Multi-Family:**

1. 2+ units (duplexes and apartments) are units in structures containing two or more housing units, further categorized as units in structures with "2, 3 or 4, 5 to 9, 10 to 19, 20 to 49, and 50 or more apartments."

2. Boat, RV, Van, Etc. includes any living quarters occupied as a housing unit that does not fit the other categories (e.g., houseboats, railroad cars, campers, and vans). Recreational vehicles, boats, vans, railroad cars, and the like are included only if they are occupied as a current place of residence.

## Nonresidential Development

The proposed general nonresidential development categories (defined below) can be used for all new construction within Fairhope. Nonresidential development categories represent general groups of land uses that share similar average weekday vehicle trip generation rates and employment densities (i.e., jobs per thousand square feet of floor area).

**Commercial/Retail:** Establishments primarily selling merchandise, eating/drinking places, and entertainment uses. By way of example, *Commercial/Retail* includes shopping centers, supermarkets, pharmacies, restaurants, bars, nightclubs, automobile dealerships, and movie theaters, hotels, and motels.

**Office/Institutional:** Establishments providing management, administrative, professional, or business services; personal and health care services; public and quasi-public buildings providing educational, social assistance, or religious services. By way of example, *Office/Institutional* includes banks, business offices, assisted living facilities, nursing homes, hospitals, medical offices, veterinarian clinics, schools, universities, churches, daycare facilities, government buildings, and prisons.

**Industrial/Flex:** Establishments primarily engaged in the production, transportation, or storage of goods. By way of example, *Industrial/Flex* includes manufacturing plants, distribution warehouses, trucking companies, utility substations, power generation facilities, and telecommunications buildings.

# Appendix C: Implementation and Administration

Impact fees should be periodically evaluated and updated to reflect recent data—generally every five years. One approach is to adjust for inflation using the Engineering News Record (ENR) Construction Cost Index published by McGraw-Hill Companies. This index could be applied to the adopted impact fee schedule. If cost estimates or demand indicators change significantly, the City should update the fee calculations.

Fees should be spent within ten years of when they are collected, with the expenditures limited to growth-related system improvements or debt service on growth-related infrastructure, as specified in the impact fee study. General practice is aggregate first in, first out accounting (rather than project-specific tracking) with impact fees and accrued interest maintained in a separate fund that is not comingled with other revenues. TischlerBise recommends preparation of an annual report indicating impact fee collections, expenditures, and fund balances by type of infrastructure.

## Credits and Reimbursements

A general requirement that is common to impact fee methodologies is the evaluation of credits. A revenue credit may be necessary to avoid potential double payment situations arising from one-time impact fees plus on-going payment of other revenues that may also fund growth-related capital improvements. The determination of revenue credits is dependent upon the impact fee methodology used in the cost analysis.

If a developer constructs a system improvement that was included in the fee calculations, it will be necessary to either reimburse the developer or provide a credit against the fees in the area benefiting from the system improvement. Project improvements normally required as part of the development approval process are not eligible for credits or offsets against impact fees. Specific policies and procedures related to site-specific credits or developer reimbursements for system improvements should be addressed in the ordinance that establishes the City's fees.

Based on TischlerBise's experience, it is better for the City to establish a reimbursement agreement with the developer that constructs a system improvement rather than provide a credit off of the fee. The latter is often more difficult to administer because it creates unique fees for specific geographic areas. The reimbursement agreement should be limited to a payback period of no more than ten years and the City should not pay interest on the outstanding balance. The developer must provide sufficient documentation of the actual cost incurred for the system improvement. The City of Fairhope should only agree to pay the lesser of the actual construction cost or the estimated cost used in the impact fee analysis. If the City pays more than the cost used in the fee analysis, there will be insufficient fee revenue. Reimbursement agreements should only obligate the City to reimburse developers annually according to actual fee collections from the benefiting area. The supporting documentation for each type of impact fee illustrates the types of infrastructure considered to be system improvements. Site specific credits or developer reimbursements for one type of system improvement does not negate an impact fee for other system improvements.

## Service Area

The reasonableness of impact fees is determined in part by their relationship to the local government's burden to provide necessary public facilities. The need to show a benefit usually requires communities to evaluate collection and expenditure zones for public facilities that have distinct geographic service areas. TischlerBise recommends a citywide fee for all impact fees. All improvements covered under the impact fee program are derived based on citywide demand and will provide citywide benefit.

## Development Categories

Proposed impact fees for residential development are assessed by type of housing unit—**single-family, multi-family, and mobile homes**. Appendix A provides further documentation of demographic data.

The three general nonresidential development categories in the proposed fee schedule can be used for all new construction within Fairhope. Nonresidential development categories represent general groups of land uses that share similar average weekday vehicle trip generation rates and job density (i.e. jobs per 1,000 square feet of floor area), as documented in Appendix A. **"Commercial/Retail"** includes retail development and eating/drinking places. **"Office/Institutional"** includes offices, business services, lodging, personal services such as health care, public and quasi-public buildings such as schools, daycare, and churches. **"Industrial"** includes the processing or production of goods, along with warehousing, transportation, communications, and utilities.

## Independent Impact Fee Study

An applicant may submit an independent study to document unique demand indicators for a particular development. The independent study must be prepared by a professional engineer or certified planner and use the same type of input variables as those in Fairhope's impact fee study. For residential development, fees are based on average persons per household. For nonresidential development, fees are based on average number of jobs per 1,000 square feet of floor area and average number of weekday vehicle trip ends. The independent fee study will be reviewed by City staff and can be accepted as the basis for a unique fee calculation. If staff determines the independent fee study is not reasonable, the applicant may appeal the administrative decision to Fairhope's elected officials for their consideration.